FORM B5.
(6/90)

# FORM 5.   INVOLUNTARY PETITION

| United States Bankruptcy Court | INVOLUNTARY PETITION |
|---|---|
| Northern **District of** Illinois | |

| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br><br>VeridianHealth, LLC | ALL OTHER NAMES used by debtor in the last 6 years (Include married, maiden, and trade names.) |
|---|---|
| Last four digits of Soc. Sec. No./Complete Tax I.D. No. | |

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>1650 Lake Cook Road, Deerfield, IL 60015 | MAILING ADDRESS OF DEBTOR (If different from street address) |
|---|---|
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Lake | |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)
1650 Lake Cook Road, Deerfield, IL 60015

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☐ Chapter 7       ☒ Chapter 11

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

Petitioners believe:
☐ Debts are primarily consumer debts
☒ Debts are primarily business debts (complete sections A and B)

TYPE OF DEBTOR
☐ Individual       ☐ Corporation Publicly Held
☐ Partnership     ☐ Corporation Not Publicly Held
☒ Other: **Limited Liability Company**

A. TYPE OF BUSINESS (Check one)
☐ Professional        ☐ Transportation       ☐ Commodity Broker
☐ Retail/Wholesale    ☐ Manufacturing/       ☐ Construction
☐ Railroad             Mining                ☐ Real Estate
                      ☐ Stockbroker          ☒ Other

B. BRIEFLY DESCRIBE NATURE OF BUSINESS

Healthcare Services

### VENUE

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER
OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

### ALLEGATIONS
(Check applicable boxes)

1. ☒ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ☒ The debtor is a person against whom an order for relief may be entered under title of the United States Code.
3.a. ☐ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute;
   or
  b. ☒ Within 120 days preceding the filing of this petition, a custodian, other than a trus receiver, or agent appointed or authorized to take charge of less than substantially of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 08/10/2005
Time: 16:40:55
Debtor: VERIDIANHEALTH, LLC
Case: 05-31483       Fee : 839
Chapter: 11  Rec. # : 3136550
Judge: Carol Doyle

1:05BK31483-BK001

FORM 5 Involuntary Petition (6/92)

Name of Debtor __VeridianHealth, LLC__

Case No. _____ (court use only)

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _/s/ Michael E. Hayes - VP_  
Signature of Petitioner or Representative (State title)  
JPMorgan Chase Bank, NA         8/9/05  
Name of Petitioner                Date Signed  

Name & Mailing Address of Individual Signing in Representative Capacity:  
JPMorgan Chase Bank, NA  
120 S. LaSalle St., 6th Fl.  
Chicago, IL 60603  
Michael E. Hayes  
First Vice President  

X _/s/ Chad H. Gettleman_   8/9/05  
Signature of Attorney               Date  
Chad H. Gettleman, Esq.  
Name of Attorney Firm (If any)  
Adelman & Gettleman, Ltd.  
Address  
53 W. Jackson Blvd., Suite 1050, Chicago, IL 60604  
Telephone No.  
312-435-1050  

X _____  
Signature of Petitioner or Representative (State title)  

Name of Petitioner        Date Signed  

Name & Mailing Address of Individual Signing in Representative Capacity  

X _____  
Signature of Attorney        Date  

Name of Attorney Firm (If any)  

Address  

Telephone No.  

X _____  
Signature of Petitioner or Representative (State title)  

Name of Petitioner        Date Signed  

Name & Mailing Address of Individual Signing in Representative Capacity  

X _____  
Signature of Attorney        Date  

Name of Attorney Firm (If any)  

Address  

Telephone No.  

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| JPMorgan Chase Bank, NA<br>120 S. LaSalle St., 6th Fl, Chicago, IL 60603 | Promissory Notes and related charges and fees | $8,048,793.34 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims  
$8,048,793.34

____continuation sheets attached

FORM 5 Involuntary Petition (6/92)

Name of Debtor: VeridianHealth, LLC
Case No. _____ (court use only)

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X [signature]
Signature of Petitioner or Representative (State title)
Enterprise Leasing Company of Chicago   8/9/05
Name of Petitioner                Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Enterprise Leasing Company of Chicago
1050 N. Lombard Road
Lombard, IL 60148
Loren Ahlgren, Vice President Fleet Services

X _____
Signature of Attorney                Date
Name of Attorney Firm (If any)
Address
Telephone No.

X _____
Signature of Petitioner or Representative (State title)
Diane T. Nauer                8/9/05
Name of Petitioner            Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Diane T. Nauer, Esq.
2209 Countryside Ave.
Lindenhurst, IL 60046
Diane T. Nauer

X _____            8/9/05
Signature of Attorney         Date
Diane T. Nauer, Esq.
Name of Attorney Firm (If any)
Address: 2209 Countryside Avenue, Lindenhurst, IL 60046
Telephone No.

X _____
Signature of Petitioner or Representative (State title)
Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _____
Signature of Attorney   Date
Name of Attorney Firm (If any)
Address
Telephone No.

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Enterprise Leasing Company of Chicago, 1050 N. Lombard Rd., Lombard, IL 60148 | Lease payments and related charges and fees | $38,263.00 |
| Diane T. Nauer, Esq., 2209 Countryside Ave, Lindenhurst, IL 60046 | Payroll and related items | $23,846.00 |
| | | |
| | Total Amount of Petitioners' Claims | $62,109.00 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

_____ continuation sheets attached

FORM 5 Involuntary Petition (6/92)

Name of Debtor __VeridianHealth, LLC__

Case No. _____ (court use only)

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X_____
Signature of Petitioner or Representative (State title)
Enterprise Leasing Company of Chicago   8/9/05
Name of Petitioner        Date Signed
Name & Mailing Address of Individual Signing in Representative Capacity
Enterprise Leasing Company of Chicago
1050 N. Lombard Road
Lombard, IL 60148
Loren Ahlgren, Vice President Fleet Services

X_____
Signature of Attorney        Date
Name of Attorney Firm (If any)
Address
Telephone No.

X _Diane T. Nauer_
Signature of Petitioner or Representative (State title)
Diane T. Nauer              8/9/05
Name of Petitioner        Date Signed
Name & Mailing Address of Individual Signing in Representative Capacity
Diane T. Nauer, Esq.
2209 Countryside Ave.
Lindenhurst, IL 60046
Diane T. Nauer

X _Diane T. Nauer_  8/9/05
Signature of Attorney        Date
Diane T. Nauer, Esq.
Name of Attorney Firm (If any)
Address
2209 Countryside Avenue, Lindenhurst, IL 60046
Telephone No.

X_____
Signature of Petitioner or Representative (State title)
Name of Petitioner        Date Signed
Name & Mailing Address of Individual Signing in Representative Capacity

X_____
Signature of Attorney        Date
Name of Attorney Firm (If any)
Address
Telephone No.

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Enterprise Leasing Company of Chicago<br>1050 N. Lombard Rd. Lombard, IL 60148 | Lease payments and related charges and fees | $38,263.00 |
| Diane T. Nauer, Esq.<br>2209 Countryside Ave, Lindenhurst, IL 60046 | Payroll and related items | $23,846.00 |
| | | |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims $62,109.00 |

_____ continuation sheets attached