IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| VERIDIANHEALTH, LLC, et al., | ) | |
| | ) | Case No. 05 B 31483 |
| | ) | |
| Debtors. | ) | The Honorable Carol A. Doyle |

TO:    SEE ATTACHED SERVICE LIST

## NOTICE OF FINAL HEARING ON USE OF CASH COLLATERAL

**PLEASE TAKE NOTICE** that on Tuesday, November 15, 2005, at the hour of 10:30 a.m., a final hearing pursuant to Bankruptcy Rule 4001(c) ("Final Hearing") has been scheduled before the Honorable Carol A. Doyle, United States Bankruptcy Judge for the Northern District of Illinois, or any Judge sitting in her place and stead, in courtroom 742 located at 219 South Dearborn Street, Chicago, Illinois, on the Motion of Norman B. Newman, duly appointed Chapter 11 trustee in the above referenced cases ("Trustee") and JPMorgan Chase Bank, N.A. ("Bank") for the entry of a final order authorizing the Trustee's use of cash collateral in these cases. A proposed form of the final order (which is subject to the further review of the Trustee and his counsel) is attached hereto and hereby served upon you ("Final Order"). Objections to the entry of the Final Order must be filed in writing with the Clerk of the Bankruptcy Court and served on counsel for the Trustee and the Bank on or before November 10, 2005. You may appear at the Final Hearing as you see fit.

> CHAD H. GETTLEMAN, ESQ. (ARDC #944858)
> NATHAN Q. RUGG, ESQ. (ARDC #6272969)
> ADELMAN & GETTLEMAN, LTD.
> 53 West Jackson Boulevard, Suite 1050
> Chicago, Illinois 60604
> 312/435-1050
> Attorneys for JPMorgan Chase Bank, N. A.

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the Notice of Motion and the document referred therein were served upon the parties listed on the attached service list electronically via ECF, or as otherwise indicated, on October 28, 2005.

> /s/ Chad H. Gettleman
> Chad H. Gettleman

## SERVICE LIST

Ira Bodenstein, Esq.*
Gretchen Silver, Esq.*
Office of the U.S Trustee
227 W. Monroe, Suite 3350
Chicago, IL 60606

Alan J. Wolf, Esq.*
Robbins Salomon & Patt, Ltd.
25 E. Washington St., Suite 1000
Chicago, IL 60602

Matthew T. Gensburg, Esq.*
Greenberg Traurig, LLP
77 W. Wacker Drive, Suite 2500
Chicago, IL 60601

Janice A. Alwin, Esq.*
Shaw Gussis Fishman Glantz
   Wolfson & Towbin, LLC
321 N. Clark Street, Suite 800
Chicago, IL 60610

Michael J. Eber*
High Ridge Partners, Inc.
140 S. Dearborn Street, Suite 820
Chicago, IL 60603

Christopher M. McClellan, Esq.*
Assistant Attorney General
Special Litigation Bureau
Office of the Attorney General
100 W. Randolph, 13th Floor
Chicago, IL 60601

Michael Duffy, Esq.*
Gardner, Carton & Douglas, LLP
191 N. Wacker Dr., Suite 3700
Chicago, IL 60606-1698

Royal B. Martin, Esq.*
Robert S. Grabemann, Esq.*
Martin, Brown & Sullivan, Ltd.
321 South Plymouth Ct., 10th Floor
Chicago, IL 60604

Tracy L. Netzel, Esq.*
Netzel & Associates PC
211 E. Ontario St., Suite 1800
Chicago, IL 60611

Michael Gesas, Esq.*
Gesas, Pilati, Gesas & Golan, Ltd.
53 West Jackson Boulevard
Suite 528
Chicago, Illinois 60604

Patrick C. Maxcy, Esq.*
Sonnenschein Nath & Rosenthal, LLP
8000 Sears Tower
Chicago, IL 60606

Scott N. Schreiber, Esq.*
William S. Hackney, Esq.*
Much Shelist Freed Denenberg
   Ament & Rubenstein, PC
191 N. Wacker, Suite 1800
Chicago, IL 60606

First Midwest Bank
c/o Scott H. Kenig, Esq.*
Randall & Kenig, LLP
455 N. Cityfront Plaza Dr.
NBC Tower-Suite 3160
Chicago, IL 60611

Hinshaw & Culbertson, LLP**
222 North LaSalle Street
Chicago, IL 60601-1081

69261.1  8/19/05

Empire General Life Assurance**
PO Box 1126
Birmingham, AL 35202

Walder, Hayden & Brogan, PA**
5 Becker Farm Rd.
Roseland, NJ 07068-1727

McDermott, Will & Emery**
600 13th Street NW
Washington DC 20005-3096

Rio All-Suite Hotel Casino**
3700 W. Flamingo
Las Vegas, NV 89103

Diane T. Nauer*
2209 Countryside Avenue
Lindenburst, IL 60046

Enterprise Leasing Company of Chicago*
1050 N. Lombard Road
Lombard, IL 60148
Attn: Mr. Dan Kelly, Controller
            Fleet Services

Mitchell E. Rubin***
305 Macalpin Court
Inverness, IL 60010

American Express***
PO Box 360001
Ft. Lauderdale, FL 33336-0001

Fort James Operating Company***
133 Peachtree St., N.E.
Attn: Sharon B. Belcher
Atlanta, GA 30303

RSM McGladrey***
20 N. Martingale Rd., Suite 500
Schaumburg, IL 60173-2420

The Hartford***
PO Box 620
New Hartford, NY 13413

Breakthrough Coaching, LLC***
564 Cascade Falls Drive
Weston, FL 33327

Grubb & Ellis Management Services***
3800 N. Wilke Road., Suite 160
Arlington Heights, IL 60004

Tatum CFO Partners LLP***
10 South Riverside Plaza, Suite 1800
Chicago, IL 60606

Budget Rent A Car Systems, Inc.***
PO Box 62500
Virginia Beach, VA 23466-6250

First Express Remittance Proc***
5101 Interchange Way
Louisville, KY 40229

Cingular Wireless***
PO Box 6426
Carol Stream, IL 60197-6428

Fisher & Phillips, LLP***
1500 Resurgeons Plaza
945 East Paces Ferry Road
Atlanta, GA 30326

\*       Via e-mail
\*\*      Via facsimile
\*\*\*     Via Overnight Mail

69261.1 8/19/05
c:\My Documents