IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| VERIDIANHEALTH, LLC, et al., | ) | |
| | ) | Case No. 05 B 31483 |
| | ) | |
| Debtors. | ) | The Honorable Carol A. Doyle |

### AGREED ORDER EXTENDING FINAL CASH COLLATERAL ORDER

At Chicago, in said District, this 31st day of January, 2006.

**THIS CAUSE** coming on to be heard for status on the Motion of Norman B. Newman, duly appointed Chapter 11 trustee ("**Trustee**") for VeridianHealth, LLC, Universal Enterprises Midwest, LLC, Factor, LLC and MISU Midwest, LLC, the debtors in the above-captioned Chapter 11 cases, and JPMorgan Chase Bank, N. A. ("**Bank**") for the entry of an order authorizing the use of cash collateral in these cases, and that certain Agreed Final Order Authorizing Use of Cash Collateral entered herein on November 15, 2005 (the "**Final Order**"); due and proper notice hereof having been given to all parties entitled hereto; the Trustee and the Bank having agreed to the entry hereof; the Court having heard and considered the statements of counsel present, and being otherwise fully advised in the premises;

**NOW, THEREFORE, IT IS HEREBY ORDERED** as follows:

1.      The "Final Period", as defined in the Final Order, be and it hereby is extended through and including March 31, 2006 (the "**Extension**").

2.      The "Final Authorized Amount", as defined in the Final Order, shall be in an

70290.1 1/31/06

amount not to exceed the sum of $100,000 during the Extension, provided however, that the Trustee shall not be required to prepare a Budget for the purposes hereof.

3.  The Trustee's right to use Cash Collateral under the authority of the Final Order during the Extension shall terminate at 12:00 midnight (Central time) on March 31, 2006, unless extended by subsequent order of this Court and/or upon the agreement of the Trustee and the Bank. A status hearing to consider the Trustee's continued use of Cash Collateral, subject to the Bank's continued agreement, is set for March 22, 2006, at 10:30 a.m. (the "**Hearing**"). No further notice of the Hearing is required.

4.  Except as expressly modified herein, the Final Order shall continue in full force and effect according to its terms and conditions.

ENTER:

_____
U. S. BANKRUPTCY JUDGE

1/31/06

*This Order prepared by:*

CHAD H. GETTLEMAN, ESQ. (ARDC #944858)
NATHAN Q. RUGG, ESQ. (ARDC# 6272969)
ADELMAN & GETTLEMAN, LTD.
53 West Jackson Boulevard, Suite 1050
Chicago, IL 60604
312/435-1050

Attorneys for JPMorgan Chase Bank, N. A.

AGREED TO:

JPMORGAN CHASE BANK, N. A.

By: *[signature]*
One of Its Attorneys

Chad H. Gettleman, Esq. (ARDC #944858)
Adelman & Gettleman, Ltd.
53 West Jackson Blvd., Suite 1050
Chicago, IL 60604
(312) 435-1050

NORMAN B. NEWMAN, TRUSTEE

By: *[signature]*
One of His Attorneys

Norman B. Newman, Esq. (ARDC #02045427)
Scott N. Schreiber, Esq. (ARDC # 6191042)
Much Shelist Freed Denenberg Ament &
Rubenstein, P.C.
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
(312)-521-2000