# GROUP EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | Judge Carol A. Doyle |
| VERIDIANHEALTH, LLC, et al., | ) | Case No. 05 B 31483 |
| | ) | |
| Debtors. | ) | |

**FIRST STATEMENT OF SERVICES RENDERED AND EXPENSES**
**INCURRED BY THE CHAPTER 11 TRUSTEE'S ACCOUNTANTS**

The following is the first statement of legal services rendered and expenses incurred by

the accounting firm of Miller Cooper & Company, Ltd. ("Miller Cooper"), accountants for

Norman B. Newman, Chapter 11 Trustee of VeridianHealth, et al. for the period October 1, 2005

through January 31, 2006.  Pursuant to the Order Establishing Payment Procedures for Chapter

11 Trustee's Special Counsel and other Professionals, Miller Cooper shall be paid the sum of

$10,839.10 on January 20, 2006, unless a written objection is submitted by January 18, 2006.

The source of the funds for payment to Miller Cooper will be from the cash collateral of JP

Morgan Chase which the Trustee is holding.

The amount to be paid to Miller Cooper was calculated as follows:

| | |
|---|---|
| Total Fees from 10/1/05 through 1/31/06 | $11,949.00 |
| 90% of total fees | $10,754.10 |
| Plus 100% of Expenses | $85.00 |
| Total Due to Miller Cooper | $10,839.10 |

The rates charged by the various professionals during the period covered by this statement are: [1]

| | |
|---|---|
| Martin Birnbaum | $300.00 |
| Charles Cohen | $300.00 |
| Johnson | $112.00 |
| Stolarska | $112.00 |
| Perlman | $186.00 |

Dated:  February 8, 2006

MUCH SHELIST FREED DENENBERG
AMENT & RUBENSTEIN, P.C., COUNSEL

By: /s/ Scott N. Schreiber

One of Its Attorneys

Scott N. Schreiber, ARDC No. 06191042
MUCH SHELIST FREED DENENBERG
    AMENT & RUBENSTEIN, P.C.
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Telephone:  312.521.2000
Facsimile:  312.521.2100

---

[1] These rates reflect a 10% reduction of the rates usually charged by Much Shelist during the relevant time period.

# Miller Cooper & Co., Ltd.

**650 Dundee Road**
**Suite 250**
**Northbrook, IL  60062-2747**
**847-205-5000**
**847-205-1400(fax)**

VeridianHealth LLC
Attn: Norman Newman
c/o Much Shelist
191 N. Wacker Drive, Suite 1800
Chicago, IL  60606-1615

Invoice No. 48666   05323.0 7   Date  1/31/2006

| Date | Description | Staff | Hours | Amount |
|---|---|---|---|---|
| 10/31/2005 | VeridianHealth prelim discussions | Cohen | 0.50 | 150.00 |
| 10/31/2005 | Meeting with M. Birnbaum discuss work | Cohen | 1.00 | 300.00 |
| 10/31/2005 | Meeting with C. Cohen to discuss work | Birnbaum | 1.00 | 300.00 |
| 11/8/2005 | VeridianHealth meeting at Trustee's office | Cohen | 2.50 | 750.00 |
| 11/23/2005 | VeridianHealth - meeting at storage facility with Denise Glab to review what is in storage and what MCC needs at present time | Birnbaum | 1.80 | 540.00 |
| 11/30/2005 | Review of t/r & computer back up taxes received | Birnbaum | 0.80 | 240.00 |
| 12/2/2005 | Track down vendors capable of restoring/transferring tape back-up to DVD | Perlman | 1.20 | 224.00 |
| 12/1/2005 | Review of 2002 & 2003 income tax returns | Birnbaum | 1.30 | 390.00 |
| 12/1/2005 | Discussion in house to get back up tapes transferred to cd's | Birnbaum | 0.40 | 120.00 |
| 12/5/2005 | Review of tax returns 2003 & 2002 | Birnbaum | 1.50 | 450.00 |
| 12/6/2005 | Back up tape discussion with Diane & Todd | Birnbaum | 0.30 | 90.00 |

| Date | Description | Name | Hours | Amount |
|------|-------------|------|-------|--------|
| 12/7/2005 | P/c's with Trustee concerning status | Birnbaum | 0.50 | 150.00 |
| 12/12/2005 | Review TRO & transcript of 5/13/05 hearing | Birnbaum | 2.50 | 750.00 |
| 12/14/2005 | Review a/r listing | Birnbaum | 1.50 | 450.00 |
| 12/15/2005 | A/R info how to review file | Birnbaum | 1.50 | 450.00 |
| 12/15/2005 | A/R sample selection | Johnsen | 1.50 | 168.00 |
| 12/23/2005 | A/R sample selection | Johnsen | 2.00 | 224.00 |
| 1/3/2006 | Review of trustee's motion to extend automatic stay to action against business entites | Birnbaum | 0.30 | 90.00 |
| 1/3/2006 | Discuss sample selection procedures with staff for Wed am at storage facility | Birnbaum | 0.40 | 120.00 |
| 1/4/2006 | Review of patient files for testing | Birnbaum | 2.00 | 600.00 |
| 1/4/2006 | Pulling of selection patient files from storage to review for completness | Birnbaum | 3.50 | 1,050.00 |
| 1/4/2006 | Preparing and search of files in storage facility | Stolarska | 5.50 | 616.00 |
| 1/5/2006 | P/c Trustee status of work and result of deposition | Birnbaum | 0.40 | 120.00 |
| 1/10/2006 | Review files at High Ridge Ptrs | Birnbaum | 3.00 | 900.00 |
| 1/12/2006 | Storage for patient files pulling | Birnbaum | 2.00 | 600.00 |
| 1/12/2006 | Prepare listing of unfound patient files prepare & send to Diane N | Birnbaum | 1.50 | 450.00 |
| 1/12/2006 | Review patient files | Birnbaum | 2.00 | 600.00 |
| 1/14/2006 | Review of patient files for A/R | Birnbaum | 2.50 | 750.00 |
| 1/16/2006 | Review of patient files for A/R | Birnbaum | 8.00 | 2,400.00 |
| 1/17/2006 | Review of patient files for A/R | Birnbaum | 8.00 | 2,400.00 |
| 1/17/2006 | Phone calls: Trustee to set up phone conference on the 20th and Denise Glab to review her collection files for patients in sample | Birnbaum | .50 | 150.00 |

| 1/20/2006 | Discuss status of work with C. Cohen and conf call w/Trustee | Birnbaum | 2.30 | 690.00 |
|---|---|---|---|---|
| 1/20/2006 | Discuss status of work with M. Birnbaum, review work product and conf call w/Trustee | Cohen | 2.50 | 750.00 |
| 1/21/2006 | Discuss work w/C. Cohen to prepare for meeting on Jan 23 | Birnbaum | 1.50 | 450.00 |
| 1/21/2006 | Discuss and review work w/M. Birnbaum to prepare for meeting on Jan 23 | Cohen | 3.50 | 1,050.00 |
| 1/23/2006 | Attendance at meeting | Cohen | 4.00 | 1,200.00 |
| | | | | 21,949.00 |

| 1/12/2006 | Expenses:<br>Deerfield Locksmith Co, Inc<br>Keys made for locked files at storage facility | | | 85.00 |
|---|---|---|---|---|
| | **Less retainer** | | | 10,000.00 |
| | | | $ | 12,034.00 |

| 0 - 30 | 31- 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 12,034.00 | 0.00 | (10,000.00) | 0.00 | 0.00 | 2,034.00 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | Judge Carol A. Doyle |
| VERIDIANHEALTH, LLC, et al., | ) | Case No. 05 B 31483 |
| | ) | |
| Debtors. | ) | |

## SECOND STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED BY THE CHAPTER 11 TRUSTEE'S ACCOUNTANTS

The following is the second statement of legal services rendered and expenses incurred by the accounting firm of Miller Cooper & Company, Ltd. ("Miller Cooper"), accountants for Norman B. Newman, Chapter 11 Trustee of VeridianHealth, et al. for the period January 24, 2006 through February 14, 2006.  Pursuant to the Order Establishing Payment Procedures for Chapter 11 Trustee's Special Counsel and other Professionals, Miller Cooper shall be paid the sum of $12,730.50 on March 29, 2006, unless a written objection is submitted by March 27, 2006.  The source of the funds for payment to Miller Cooper will be from the cash collateral of JP Morgan Chase which the Trustee is holding.

The amount to be paid to Miller Cooper was calculated as follows:

| | |
|---|---|
| Total Fees from 10/1/05 through 1/31/06 | $14,145.00 |
| 90% of total fees | $12,730.50 |
| Total Due to Miller Cooper | $12,730.50 |

The rates charged by the various professionals during the period covered by this statement are:

| | |
|---|---|
| Martin Birnbaum | $304.00 |

| Epperson | $112.00 |
| Johnson | $112.00 |
| Perlman | $120.00 |

Dated:  March 16, 2006

MUCH SHELIST FREED DENENBERG
AMENT & RUBENSTEIN, P.C., COUNSEL

By: /s/ Scott N. Schreiber

One of Its Attorneys

Scott N. Schreiber, ARDC No. 06191042
MUCH SHELIST FREED DENENBERG
AMENT & RUBENSTEIN, P.C.
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Telephone:  312.521.2000
Facsimile:  312.521.2100

# *Miller Cooper & Co., Ltd.*

**650 Dundee Road**
**Suite 250**
**Northbrook, IL  60062-2747**
**847-205-5000**
**847-205-1400(fax)**

*VeridianHealth LLC*
*Attn: Norman Newman*
*c/o Much Shelist*
*191 N. Wacker Drive, Suite 1800*
*Chicago, IL  60606-1615*

Invoice No. 49001   05323.0 7   Date  2/28/2006

| Date | Description | Staff | Hours | Amount |
|---|---|---|---|---|
| 1/24/2006 | Meeting w/Chuck C to review 1/23/06 meeting and resulting work | Birnbaum | 1.00 | 304.00 |
| 1/26/2006 | Arrange to select new sample for a/r and  patient file review | Birnbaum | 0.20 | 61.00 |
| 1/27/2006 | Prepare budget for MC& Co work for balance of 2006 | Birnbaum | 1.00 | 304.00 |
| 1/28/2006 | Preparing "out cards" for new Sample to be pulled at outside storage | Stolarska | 0.50 | 67.00 |
| 1/30/2006 | P/c w/ Denise G. to set up time to go to storage facility and e-mail to Diane N new listing to see if she has any of the patient files. | Birnbaum | 0.50 | 152.00 |
| 1/31/2006 | P/cs Diana N & Denise G. concerning search for patient files | Birnbaum | 0.40 | 122.00 |
| 1/31/2006 | Selection of a/r sample selection | Johnsen | 1.00 | 112.00 |
| 2/1/2006 | Prepare with John C for meeting at storage and pull together items for 2/2/06 | Birnbaum | 2.00 | 608.00 |
| 2/2/2006 | Pull patient files from storage | Birnbaum | 4.00 | 1,216.00 |
| 2/2/2006 | Pull patient files from storage | Epperson | 4.00 | 448.00 |
| 2/2/2006 | Review of patient files pulled | Birnbaum | 2.00 | 608.00 |
| 2/2/2006 | Restore Solomon database from LTO backup tapes; configure SQL server to access data; Begin reviewing data. | Perlman | 3.50 | 420.00 |

| Date | Description | Name | Hours | Amount |
|---|---|---|---|---|
| 2/3/2006 | E-mail Diane N list of patient files not found - including preparing list | Birnbaum | 1.10 | 334.00 |
| 2/3/2006 | Discuss work with John E | Birnbaum | 0.30 | 91.00 |
| 2/3/2006 | Responsd to request from Scott S | Birnbaum | 0.50 | 152.00 |
| 2/3/2006 | Review of patient files | Epperson | 8.00 | 152.00 |
| 2/4/2006 | E-mails with Todd Perlman to try to get aged a/r info from a/r system | Birnbaum | 0.40 | 122.00 |
| 2/4/2006 | Review patient files - 2nd sample | Birnbaum | 3.00 | 912.00 |
| 2/4/2006 | E-mail to Scott S regarding HLS questions on a/r | Birnbaum | 0.40 | 122.00 |
| 2/4/2006 | Review of patient files | Epperson | 8.00 | 896.00 |
| 2/4/2006 | Attempt to recreate trial balance from raw data; Install Solomon v6.0, transfer databases to standalone workstation, attach databases to Solomon.  Licensing issues with database require additional research. | Perlman | 6.50 | 780.00 |
| 2/6/2006 | Review of patient files | Birnbaum | 3.00 | 912.00 |
| 2/6/2006 | Remove Solomon/Veridian license information; obtain MSDN unlock keys; Upgrade databases to SP1; synchronize login authentication; Attempts to access data failed due to data update requirements. | Perlman | 5.30 | 636.00 |
| 2/7/2006 | Discuss with T. Perlman status of info retreval from a/r system | Birnbaum | 0.30 | 91.00 |
| 2/7/2006 | Review of patient files | Birnbaum | 2.00 | 608.00 |
| 2/7/2006 | P/c's Norm Newman, Brant Rice, David Masters | Birnbaum | 1.00 | 304.00 |
| 2/8/2006 | P/c portfolio recovery concerning a/r collection | Birnbaum | 0.40 | 122.00 |
| 2/9/2006 | P/c M. Colucci re: a/r collection | Birnbaum | 0.40 | 122.00 |
| 2/9/2006 | Review of patient files | Birnbaum | 2.30 | 699.00 |
| 2/10/2006 | P/c's - Springfield Service Corp and Accelerated Medical Recovery | Birnbaum | 1.00 | 304.00 |
| 2/10/2006 | Research connectivity issues; modified domain tables to redirect Veridian databases | Perlman | 6.50 | 780.00 |

to local install; Install MSDN unlock keys;
re-synchronize login authentication; Run scripts
to create standard reports.

| Date | Description | Name | Hours | Amount |
|---|---|---|---|---|
| 2/13/2006 | P/c Norman N concerning medical collection agencies | Birnbaum | 0.10 | 30.00 |
| 2/13/2006 | Review "Business Associate Agreement" Hilco & ARM | Birnbaum | 0.40 | 122.00 |
| 2/13/2006 | Apply Solomon fixes required to access databases; | Perlman | 2.30 | 276.00 |
| 2/14/2006 | E-mail of a/r listing to ARM and get 2004 & 2005 trial balances from VeridianHealth's accounting software | Birnbaum | 0.40 | 122.00 |
| 2/14/2006 | Generate trial balances for selected Veridian Health and ZT Systems companies for 2004 and 2005. | Perlman | 2.75 | 330.00 |

Current Amount Due        $    14,185.00
-----------------

| 0 - 30 | 31- 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 15,344.90 | 0.00 | 0.00 | 0.00 | 0.00 | 15,344.90 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | Judge Carol A. Doyle |
| VERIDIANHEALTH, LLC, et al., | ) | Case No. 05 B 31483 |
| | ) | |
| Debtors. | ) | |

### THIRD STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED BY THE CHAPTER 11 TRUSTEE'S ACCOUNTANTS

The following is the third statement of legal services rendered and expenses incurred by the accounting firm of Miller Cooper & Company, Ltd. ("Miller Cooper"), accountants for Norman B. Newman, Chapter 11 Trustee of VeridianHealth, et al. for the period February 22, 2006 through March 14, 2006. Pursuant to the Order Establishing Payment Procedures for Chapter 11 Trustee's Special Counsel and other Professionals, Miller Cooper shall be paid the sum of $3,584.70 on May 9, 2006, unless a written objection is submitted by May 8, 2006. The source of the funds for payment to Miller Cooper will be from the cash collateral of JP Morgan Chase which the Trustee is holding.

The amount to be paid to Miller Cooper was calculated as follows:

| | |
|---|---|
| Total Fees from 2/22/06 through 3/14/06 | $3,983.00 |
| 90% of total fees | $3,584.70 |
| Total Due to Miller Cooper | $3,584.70 |

The rates charged by the various professionals during the period covered by this statement are:

| | |
|---|---|
| Martin Birnbaum | $304.00 |

Dated:  April 26, 2006

<div style="margin-left: 40%;">

**MUCH SHELIST FREED DENENBERG**
**AMENT & RUBENSTEIN, P.C., COUNSEL**

By:_ /s/  Scott N. Schreiber _____

One of Its Attorneys

</div>

Scott N. Schreiber, ARDC No. 06191042
MUCH SHELIST FREED DENENBERG
    AMENT & RUBENSTEIN, P.C.
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Telephone:  312.521.2000
Facsimile:  312.521.2100

# *Miller Cooper & Co., Ltd.*

*650 Dundee Road*
*Suite 250*
*Northbrook, IL  60062-2747*
*847-205-5000*
*847-205-1400(fax)*

*VeridianHealth LLC*
*Attn: Norman Newman*
*c/o Much Shelist*
*191 N. Wacker Drive, Suite 1800*
*Chicago, IL  60606-1615*

*Invoice No. 49734  05323.0 7   Date  3/31/2006*

| Date | Description | Name | Hours | | Amount |
|------|-------------|------|-------|---|--------|
| 2/21/2006 | p/c's - Norm N, Springfield Serv Corp | Birnbaum | 0.40 | $ | 122.00 |
| 2/22/2006 | p/cs Norm N & Springfield Serv Corp | Birnbaum | 0.30 | | 91.00 |
| 2/22/2006 | Review of patient files | Birnbaum | 2.00 | | 608.00 |
| 2/24/2006 | Obtaining passwords for Lytec a/r; p/c's w/N. Newman & emails w/D. Glab concerning emails and a/r collections | Birnbaum | 1.00 | | 304.00 |
| 2/28/2006 | Prepare for meeting w/Springfield Service Corp and p/c's w/Idylls LLC | Birnbaum | 1.50 | | 456.00 |
| 3/1/2006 | Review of patient files | Birnbaum | 2.00 | | 608.00 |
| 3/1/2006 | Meeting w/Springfield Serv Corp (Mike B) to review records for bidding work | Birnbaum | 1.00 | | 304.00 |
| 3/3/2006 | A/R computer system | Birnbaum | 1.50 | | 456.00 |
| 3/9/2006 | Mike Colucci meeting | Birnbaum | 1.00 | | 304.00 |
| 3/13/2006 | | Birnbaum | 0.90 | | 274.00 |

*Miller Cooper & Co., Ltd.*
*VeridianHealth LLC*
 Invoice No.   49734                                                                      *Page 2*

---

Trying to obtain cash receipts to input into Lytec
system from Diane N. & Denise G.

3/14/2006                                        Birnbaum        1.50           456.00
                  Review files for current status of work

                                        Current Amount Due        $        3,983.00

| 0 - 30 | 31- 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 3,983.00 | 15,379.90 | 0.00 | 0.00 | 0.00 | 19,362.90 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | Judge Carol A. Doyle |
| VERIDIANHEALTH, LLC, et al., | ) | Case No. 05 B 31483 |
| | ) | |
| Debtors. | ) | |

### FOURTH STATEMENT OF SERVICES RENDERED AND EXPENSES
### INCURRED BY THE CHAPTER 11 TRUSTEE'S ACCOUNTANTS

The following is the fourth statement of legal services rendered and expenses incurred by the accounting firm of Miller Cooper & Company, Ltd. ("Miller Cooper"), accountants for Norman B. Newman, Chapter 11 Trustee of VeridianHealth, et al. for the period March 3, 2006 through April 6, 2006. Pursuant to the Order Establishing Payment Procedures for Chapter 11 Trustee's Special Counsel and other Professionals, Miller Cooper shall be paid the sum of $2,897.69 on June 7, 2006, unless a written objection is submitted by June 5, 2006. The source of the funds for payment to Miller Cooper will be from the cash collateral of JP Morgan Chase which the Trustee is holding.

The amount to be paid to Miller Cooper was calculated as follows:

| | |
|---|---|
| Total Fees from 3/3/06 through 4/6/06 | $3,188.00 |
| 90% of total fees | $2,869.00 |
| 100% of expenses | $28.49 |
| Total Due to Miller Cooper | $2,897.69 |

The rates charged by the various professionals during the period covered by this statement are:

| Martin Birnbaum | $304.00 |
|---|---|
| Perlman | $120.00 |

Dated:  May 25, 2006

**MUCH SHELIST FREED DENENBERG**
**AMENT & RUBENSTEIN, P.C., COUNSEL**

By: /s/  Scott N. Schreiber

One of Its Attorneys

Scott N. Schreiber, ARDC No. 06191042
MUCH SHELIST FREED DENENBERG
    AMENT & RUBENSTEIN, P.C.
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Telephone:  312.521.2000
Facsimile:  312.521.2100

# *Miller Cooper & Co., Ltd.*

**650 Dundee Road**
**Suite 250**
**Northbrook, IL  60062-2747**
**847-205-5000**
**847-205-1400(fax)**

*VeridianHealth LLC*
*Attn: Norman Newman*
*c/o Much Shelist*
*191 N. Wacker Drive, Suite 1800*
*Chicago, IL  60606-1615*

Invoice No. 50437   05323.0 7   Date  5/4/2006

| Date | Description | | Staff | Hours | | Amount |
|---|---|---|---|---|---|---|
| 3/3/2006 | Litigation - Misc<br>Travel to Diane Nacer's home in Lindenhurst to pick up VeridianHealth servers and return to MCC offices. Configure servers and verify login and access. | | Perlman | 2.50 | $ | 300.00 |
| 3/20/2006 | Litigation - Investigation<br>cash receipts for prior week - review | | Birnbaum | 0.50 | $ | 152.00 |
| 3/21/2006 | Litigation - Investigation<br>Review of files | | Birnbaum | 1.50 | | 456.00 |
| 3/21/2006 | Litigation - Investigation<br>p/c Norman - selection of ARM and April 5th court date | | Birnbaum | 0.30 | | 91.00 |
| 3/24/2006 | Litigation - Investigation<br>info prepared & faxes to B Rice of Hilco | | Birnbaum | 0.50 | | 152.00 |
| 3/28/2006 | Litigation - Investigation<br>p/c Norm - Thurday's meeting | | Birnbaum | 0.20 | | 61.00 |
| 3/29/2006 | Litigation - Investigation<br>p/c Norm concerning meeting and review file before meeting | | Birnbaum | 0.80 | | 243.00 |
| 3/30/2006 | Litigation - Investigation<br>meeting at Much Shelist w/AG & lawyers | | Birnbaum | 2.70 | | 821.00 |
| 3/31/2006 | Litigation - Investigation<br>determine amount of a/r that is shown due from State Farm and United Healthcare and communicate w/Norm & Scott | | Birnbaum | 1.20 | | 365.00 |

*Miller Cooper & Co., Ltd.*
*VeridianHealth LLC*
*Invoice No.   50437*                                                              *Page 2*

| Date | Description | | Hours | Amount |
|------|-------------|--|-------|--------|
| 4/3/2006 | Litigation - Investigation<br>State Farm filing - review | Birnbaum | 0.80 | 243.00 |
| 4/5/2006 | Litigation - Investigation<br>Send files to Norm N. to give to medical expert  - pull<br>files & messenger | Birnbaum | 0.80 | 243.00 |
| 4/6/2006 | Litigation - Investigation<br>Cash receipts e-mail from D. Glab | Birnbaum | 0.20 | 61.00 |

Total For Services     3,188.00

Messenger Service     $     28.49

Total For Expenses     28.49
Current Amount Due     $     3,216.49

| 0 - 30 | 31- 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
|--------|--------|---------|----------|----------|---------|
| 5,802.89 | 3,983.00 | (85.00) | 0.00 | 0.00 | 9,700.89 |



# INVOICE

**MESSENGER SERVICE**

*Delivering Excellence For 29 Years*

1322 W. Walton St., Chicago, IL 60622  Phone 773 489-6688  Fax 773 489-6920
www.arrowmessenger.com

TO ASSURE PROPER CREDIT, PLEASE
RETURN THIS STUB WITH YOUR REMITTANCE

| INVOICE DATE | ACCOUNT NUMBER | INVOICE NUMBER |
|---|---|---|
| 4/09/06 | 13023 | 00261790 |

REMIT TO:

DETACH HERE ↑

MILLER COOPER & CO. LTD
YVETTE RUBIN
650 DUNDEE RD, 2ND FL
NORTHBROOK, IL 60062

**Arrow Messenger Service Inc.**
1322 W. Walton
Chicago, Illinois  60622-5340

MESSENGER SERVICE
COURIER CENTER MGMT.
ROUTE SERVICE
DEDICATED SERVICE

- ARROW AIR (SAME DAY AIR SERVICE)
- BONDED AND INSURED
- 24 HOURS
- 7 DAYS A WEEK

| INVOICE NUMBER | 00578 00261790 | 223.74 |
|---|---|---|

## FOR BILLING INQUIRIES, PLEASE CALL (773) 489-6691

| Date | Order # | Caller Auth. | Origin | Destination / P.O.D. | Base* Charge | Surcharges | Total |
|---|---|---|---|---|---|---|---|
| | 12 | Bol: | | | | | |
| 4/05/06 | 128727 | MARLENE  Bol: | MILLER COOPER & CO. LTD  650 DUNDEE RD  NORTHBROOK   60062  PCS: 2   WT: 2 | MUCH SCHELLIST  191 N WACKER  CHICAGO   IL 60606   SPECIAL | | Service : 26.88  Fuel Sur : 1.61 | 28.49 |

5323



**POSTED**

3015
4/12

Continued

TERMS: NET UPON RECEIPT OF THIS INVOICE.
BALANCE OVER 30 DAYS SUBJECT TO A FINANCE CHARGE OF 1½% PER MONTH

**Current Charges**

Charter Member Of:
**MCAA**
*Messenger Courier Association of the Americas*

Charter Member Of:
**MSAI**
MESSENGER SERVICE
ASSOCIATION OF
ILLINOIS

| under 30 | 31 – 60 | 61 – 90 | over 90 days | Finance Charges |
|---|---|---|---|---|

**TOTAL ACCOUNT
BALANCE ➡**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | Judge Carol A. Doyle |
| VERIDIANHEALTH, LLC, et al., | ) | Case No. 05 B 31483 |
| | ) | |
| Debtors. | ) | |

## FIFTH STATEMENT OF SERVICES RENDERED AND EXPENSES
## INCURRED BY THE CHAPTER 11 TRUSTEE'S ACCOUNTANTS

The following is the fifth statement of legal services rendered and expenses incurred by

the accounting firm of Miller Cooper & Company, Ltd. ("Miller Cooper"), accountants for

Norman B. Newman, Chapter 11 Trustee of VeridianHealth, et al. for the period April 7, 2006

through June 7, 2006.  Pursuant to the Order Establishing Payment Procedures for Chapter 11

Trustee's Special Counsel and other Professionals, Miller Cooper shall be paid the sum of

$2,731.50 on August 3, 2006, unless a written objection is submitted by August 1, 2006.  The

source of the funds for payment to Miller Cooper will be from the cash collateral of JP Morgan

Chase which the Trustee is holding.

The amount to be paid to Miller Cooper was calculated as follows:

| | |
|---|---|
| Total Fees from 4/7/06 through 6/7/06 | $3,035.00 |
| 90% of total fees | $2,731.50 |
| 100% of expenses | $-0- |
| Total Due to Miller Cooper | $2,731.50 |

The rates charged by the various professionals during the period covered by this

statement are:

| Martin Birnbaum | $309.00 |
| --- | --- |

Dated:  July 20, 2006

**MUCH SHELIST FREED DENENBERG
AMENT & RUBENSTEIN, P.C., COUNSEL**

By: /s/  Scott N. Schreiber

One of Its Attorneys

Scott N. Schreiber, ARDC No. 06191042
MUCH SHELIST FREED DENENBERG
   AMENT & RUBENSTEIN, P.C.
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Telephone:  312.521.2000
Facsimile:  312.521.2100

# *Miller Cooper & Co., Ltd.*

**650 Dundee Road**
**Suite 250**
**Northbrook, IL  60062-2747**
**847-205-5000**
**847-205-1400(fax)**

*VeridianHealth LLC*
*Attn: Norman Newman*
*c/o Much Shelist*
*191 N. Wacker Drive, Suite 1800*
*Chicago, IL  60606-1615*

Invoice No. 52050   05323.0 7   Date  7/15/2006

| Date | Description | | Attorney | Hours | Amount |
|------|------|------|------|------|------|
| 5/9/2006 | Litigation - Investigation<br>Cash receipts info | | Birnbaum | 0.20 | $   62.00 |
| 5/11/2006 | Litigation - Investigation<br>p/c Norm N - update as to status | | Birnbaum | 0.20 | 62.00 |
| 5/12/2006 | Litigation - Investigation<br>Cash deposit info | | Birnbaum | 0.10 | 31.00 |
| 5/15/2006 | Litigation - Investigation<br>e-mails checks being deposited | | Birnbaum | 0.10 | 31.00 |
| 5/16/2006 | Litigation - Investigation<br>conf call w/attorneys, Hilco & Dr. Rubenstein | | Birnbaum | 0.70 | 216.00 |
| 5/17/2006 | Litigation - Investigation<br>cash receipts info from Janet Dill | | Birnbaum | 0.20 | 62.00 |
| 5/18/2006 | Litigation - Investigation<br>cash receipt info from Janet Dill | | Birnbaum | 0.20 | 62.00 |
| 5/26/2006 | Litigation - Investigation<br>p/c Scott S - sort a/r file by insurance co and date | | Birnbaum | 0.60 | 185.00 |
| 5/30/2006 | Litigation - Investigation<br>e-mail list of receivables to Scott S; p/c Norm N to<br>discuss needs of Hilco, p/c Hilco to set up meeting on<br>Thursday 6/1 | | Birnbaum | 0.60 | 185.00 |
| 5/31/2006 | Litigation - Investigation<br>prepare for 6/1/06 meeting w/Hilco representatives | | Birnbaum | 1.00 | 309.00 |

*Miller Cooper & Co., Ltd.*
*VeridianHealth LLC*
  *Invoice No.   52050*                                                        *Page 2*

| Date | Description | | Hours | Amount |
|---|---|---|---|---|
| 6/1/2006 | Litigation - Investigation<br>  Meeting with Brent Rice, Ron Carder & Norm Newman<br>  - Review a/r comptor (Lytec) system to plan their<br>  approach to collection | Birnbaum | 4.50 | 1,444.00 |
| 6/2/2006 | Litigation - Investigation<br>  Accounts receivable system | Birnbaum | 0.60 | 193.00 |
| 6/7/2006 | Litigation - Investigation<br>  Review current notes on a/r and update status of work | Birnbaum | 0.60 | 193.00 |

Current Amount Due     $   3,035.00

| 0 - 30 | 31- 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 3,035.00 | 0.00 | 2,905.40 | 313.30 | 0.00 | 6,253.70 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | Judge Carol A. Doyle |
| VERIDIANHEALTH, LLC, et al., | ) | Case No. 05 B 31483 |
| | ) | |
| Debtors. | ) | |

### SIXTH STATEMENT OF SERVICES RENDERED AND EXPENSES
### INCURRED BY THE CHAPTER 11 TRUSTEE'S ACCOUNTANTS

The following is the sixth statement of accounting services rendered and expenses incurred by the accounting firm of Miller Cooper & Company, Ltd. ("Miller Cooper"), accountants for Norman B. Newman, Chapter 11 Trustee of VeridianHealth, et al. for the period June 16, 2006 through September 1, 2006.  Pursuant to the Order Establishing Payment Procedures for Chapter 11 Trustee's Special Counsel and other Professionals, Miller Cooper shall be paid the sum of $1,823.40 on November 6, 2006, unless a written objection is submitted by November 3, 2006.  The source of the funds for payment to Miller Cooper will be from the cash collateral of JP Morgan Chase Bank which the Trustee is holding.

The amount to be paid to Miller Cooper was calculated as follows:

| | |
|---|---|
| Total Fees from 6/16/06 through 9/01/06 | $2,026.00 |
| 90% of total fees | $1,823.40 |
| 100% of expenses | $-0- |
| Total Due to Miller Cooper | $1,823.40 |

# *Miller Cooper & Co., Ltd.*

**650 Dundee Road**
**Suite 250**
**Northbrook, IL  60062-2747**
**847-205-5000**
**847-205-1400(Fax)**

*VeridianHealth LLC*
*Attn: Norman Newman*
*c/o Much Shelist*
*191 N. Wacker Drive, Suite 1800*
*Chicago, IL  60606-1615*

*Invoice No. 53122   05323.0 7   Date  8/31/2006*

| Date | Description | | | | |
|---|---|---|---|---|---|
| 6/16/2006 | Set-up remote access to VeridianHealth servers | Harr | 1.50 | | 145.00 |
| 6/29/2006 | Preparation listing of State Farm A/R for n newman & fax | Birnbaum | 1.00 | $ | 316.00 |
| 7/31/2006 | Equipment needs of Ron Corder & e-mail to Todd P | Birnbaum | 0.30 | | 95.00 |
| 8/7/2006 | Follow up with Todd P for equipment for Incipient Solutions | Birnbaum | 0.20 | | 63.00 |
| | Current Amount Due | | | $ | 619.00 |

| 0 - 30 | 31- 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 619.00 | 303.50 | 0.00 | 319.00 | 2,899.70 | 4,141.20 |

# *Miller Cooper & Co., Ltd.*

**650 Dundee Road**
**Suite 250**
**Northbrook, IL  60062-2747**
**847-205-5000**
**847-205-1400(Fax)**

VeridianHealth LLC
Attn: Norman Newman
c/o Much Shelist
191 N. Wacker Drive, Suite 1800
Chicago, IL  60606-1615

Invoice No. 53648   05323.0 7   Date  9/29/2006

| Date | Description | Name | Hours | | Amount |
|------|-------------|------|-------|---|--------|
| 8/17/2006 | Determining A/R from United Health Care and responding to Ron Corder e-mail | Birnbaum | 2.40 | $ | 758.00 |
| 8/25/2006 | A/R file server to Incipient | Birnbaum | 0.30 | | 95.00 |
| 8/28/2006 | Preparing ODEN server for shipment to Incipient and partial backup of D drive | Harr | 4.00 | | 428.00 |
| 9/1/2006 | Respond to e-mails from/to Ron Corder | Birnbaum | 0.40 | | 126.00 |

Current Amount Due          $    1,407.00

| 0 - 30 | 31- 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
|--------|--------|---------|----------|----------|---------|
| 2,025.28 | 0.00 | 303.50 | 0.00 | 3,218.70 | 5,547.48 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | Judge Carol A. Doyle |
| VERIDIANHEALTH, LLC, et al., | ) | Case No. 05 B 31483 |
| | ) | |
| Debtors. | ) | |

### SEVENTH STATEMENT OF SERVICES RENDERED AND EXPENSES
### INCURRED BY THE CHAPTER 11 TRUSTEE'S ACCOUNTANTS

The following is the seventh statement of accounting services rendered and expenses

incurred by the accounting firm of Miller Cooper & Company, Ltd. ("Miller Cooper"),

accountants for Norman B. Newman, Chapter 11 Trustee of VeridianHealth, et al. for the period

September 9, 2006 through November 9, 2006. Pursuant to the Order Establishing Payment

Procedures for Chapter 11 Trustee's Special Counsel and other Professionals, Miller Cooper shall

be paid the sum of $1,229.40 on December 29, 2006, unless a written objection is submitted by

December 28, 2006. The source of the funds for payment to Miller Cooper will be from the cash

collateral of JP Morgan Chase Bank which the Trustee is holding.

The amount to be paid to Miller Cooper was calculated as follows:

| | |
|---|---|
| Total Fees from 9/09/06 through 11/09/06 | $1,366.00 |
| 90% of total fees | 1,229.40 |
| 100% of expenses | $-0- |
| Total Due to Miller Cooper | $1,229.40 |

# *Miller Cooper & Co., Ltd.*

**650 Dundee Road**
**Suite 250**
**Northbrook, IL  60062-2747**
**847-205-5000**
**847-205-1400(Fax)**

*VeridianHealth LLC*
*Attn: Norman Newman*
*c/o Much Shelist*
*191 N. Wacker Drive, Suite 1800*
*Chicago, IL  60606-1615*

*Invoice No. 54311   05323.0 7   Date  11/13/2006*

| | | | | | |
|---|---|---|---|---|---|
| 9/19/2006 | Litigation - Investigation<br>Deposit info received & reviewed | Birnbaum | 0.20 | $ | 63.20 |
| 9/22/2006 | Rev-Technical, Typing & Proof | Schofield | 0.50 | | 73.00 |
| 9/22/2006 | Litigation - Investigation<br>letter to Ron Corder with copies of remittance received | Birnbaum | 0.60 | | 189.60 |
| 10/3/2006 | Litigation - Investigation<br>Respond to Ron Corder e-mail | Birnbaum | 0.20 | | 63.20 |

<div align="right">

Total For Services   389.00

</div>

Messenger Service                                              20.00

<div align="right">

Total For Expenses   20.00

Current Amount Due   $   409.00

</div>

| 0 - 30 | 31- 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 409.00 | 1,407.00 | 619.00 | 303.50 | 3,218.70 | 5,957.20 |

# *Miller Cooper & Co., Ltd.*

**650 Dundee Road**
**Suite 250**
**Northbrook, IL  60062-2747**
**847-205-5000**
**847-205-1400(Fax)**

VeridianHealth LLC
Attn: Norman Newman
c/o Much Shelist
191 N. Wacker Drive, Suite 1800
Chicago, IL  60606-1615

Invoice No. 55011   05323.0 7   Date  12/12/2006

---

| Date | Description | Name | Hours | | Amount |
|------|-------------|------|-------|---|--------|
| 10/25/2006 | P/c's with Norm Newman, Pete Seaman and Peter Waldstein concerning location of collection lock box and various schedules prepared by MC & Co | Birnbaum | 0.40 | $ | 126.37 |
| 11/2/2006 | Day's collection info | Birnbaum | 0.10 | | 31.59 |
| 11/8/2006 | Conf calll for status of work by Peter Seaman | Birnbaum | 0.70 | | 221.15 |
| 11/9/2006 | Discuss separating patient files of State  Farm & United Health claims | Birnbaum | 0.20 | | 63.20 |
| 11/9/2006 | Separation of patient files of State Farm & UnitedHealth claims | Edelson | 4.40 | | 514.69 |

Current Amount Due   $   957.00

| 0 - 30 | 31- 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
|--------|--------|---------|----------|----------|---------|
| 1,366.00 | 0.00 | 1,407.00 | 619.00 | 1,698.80 | 5,090.80 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | Judge Carol A. Doyle |
| VERIDIANHEALTH, LLC, et al., | ) | Case No. 05 B 31483 |
| | ) | |
| Debtors. | ) | |

## EIGHTH STATEMENT OF SERVICES RENDERED AND EXPENSES
## INCURRED BY THE CHAPTER 11 TRUSTEE'S ACCOUNTANTS

The following is the eighth statement of accounting services rendered and expenses incurred by the accounting firm of Miller Cooper & Company, Ltd. ("Miller Cooper"), accountants for Norman B. Newman, Chapter 11 Trustee of VeridianHealth, et al. for the period November 20, 2006 through January 19, 2007. Pursuant to the Order Establishing Payment Procedures for Chapter 11 Trustee's Special Counsel and other Professionals, Miller Cooper shall be paid the sum of $1,052.10 on April 24, 2007, unless a written objection is submitted by April 23, 2007. The source of the funds for payment to Miller Cooper will be from the cash collateral of JP Morgan Chase Bank which the Trustee is holding.

The amount to be paid to Miller Cooper was calculated as follows:

| | |
|---|---|
| Total Fees from 11/20/06 through 1/19/07 | $1,169.00 |
| 90% of total fees | 1,052.10 |
| 100% of expenses | $-0- |
| Total Due to Miller Cooper | $1,052.10 |

# *Miller Cooper & Co., Ltd.*

**650 Dundee Road**
**Suite 250**
**Northbrook, IL  60062-2747**
**847-205-5000**
**847-205-1400(Fax)**

*VeridianHealth LLC*
*Attn: Norman Newman*
*c/o Much Shelist*
*191 N. Wacker Drive, Suite 1800*
*Chicago, IL  60606-1615*

*Invoice No. 55641   05323.0 7   Date  1/10/2007*

| Date | Description | | Hours | Amount | |
|------|-------------|--|-------|--------|--|
| 11/20/2006 | Litigation - Investigation<br>Conf call | Birnbaum | 0.20 | $ | 63.20 |
| 11/27/2006 | Litigation - Investigation<br>Conf p/c | Birnbaum | 0.20 | | 63.20 |
| 12/4/2006 | Litigation - Investigation<br>conf telephone call | Birnbaum | 0.40 | | 126.40 |
| 12/11/2006 | Litigation - Investigation<br>conf call | Birnbaum | 0.40 | | 126.40 |
| 12/14/2006 | Litigation - Investigation<br>Respond to Norm N e-mails regarding State Farm &<br>United Health | Birnbaum | 0.80 | | 252.80 |

<div align="right">

Current Amount Due   $   632.00

</div>

| 0 - 30 | 31- 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
|--------|--------|---------|----------|----------|---------|
| 727.70 | 40.90 | 0.00 | 1,407.00 | 2,317.80 | 4,493.40 |

# *Miller Cooper & Co., Ltd.*

**650 Dundee Road**
**Suite 250**
**Northbrook, IL  60062-2747**
**847-205-5000**
**847-205-1400(Fax)**

*VeridianHealth LLC*
*Attn: Norman Newman*
*c/o Much Shelist*
*191 N. Wacker Drive, Suite 1800*
*Chicago, IL  60606-1615*

*Invoice No. 56550   05323.0 7   Date  3/13/2007*

---

| Date | Description | | Hours | | Amount |
|------|-------------|--|-------|--|--------|
| 1/4/2007 | Litigation - Investigation<br>p/c Norm Newman - a/r listing | Birnbaum | 0.20 | $ | 63.18 |
| 1/5/2007 | Litigation - Investigation<br>p/c Pete Seaman concerning acct rec listings | Birnbaum | 0.20 | | 63.18 |
| 1/19/2007 | Litigation - Investigation<br>Develop amount shown as receivables from Blue<br>Cross/Blue Sheild entities | Birnbaum | 1.30 | | 410.64 |
| | Current Amount Due | | | $ | 537.00 |

| 0 - 30 | 31- 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
|--------|--------|---------|----------|----------|---------|
| 537.00 | 632.00 | 95.70 | 40.90 | 3,724.80 | 5,030.40 |