**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | **Chapter 7** |
| | ) | **Judge Carol A. Doyle** |
| **VERIDIANHEALTH, LLC, et-al.,** | ) | **Case No: 05 B 31483** |
| | ) | **Hearing Date:  9/11/08** |
| Debtors. | ) | **Hearing Time:  10:00 a.m.** |

**ORDER GRANTING TRUSTEE'S MOTION TO PAY FINAL CHAPTER 11
COMPENSATION TO TRUSTEE'S ATTORNEYS**

This Matter having come before the Court on the Motion of Norman B. Newman, Chapter 7 Trustee ("Trustee") for the entry of an Order authorizing the Trustee to pay final Chapter 11 compensation to Stahl Cowen Crowley Addis, LLC ("SCCA"), the Trustee's counsel; notice of said Motion having been provided to the parties on the service list in this case; and the Court having considered the pleadings and the presentation of counsel; there being no objection to the Motion; and the Court being otherwise fully advised;

It is Hereby Ordered that:

A. The motion is granted.

B. It is further ordered that SCCA is awarded final compensation for legal services rendered to the Chapter 11 trustee in the amount of $14,077.20 plus reimbursement of out of pocket expenses in the amount of $35.16;

C. It is further ordered that SCCA is authorized to apply provisional payments previously received in the amount of $12,673.99 plus expense reimbursement in the amount of $35.16 against the final compensation and expense award;

D. It is further ordered that the Trustee is authorized to pay SCCA the sum of $1,403.21 as an allowed Chapter 11 expense of administration of these Estates;

E. It is further ordered that Notice of the Hearing on this Motion is adequate and further notice is waived.

ENTERED:

By:_____
United States Bankruptcy Judge

Order prepared by:
Scott N. Schreiber, ARDC No. 06191042
STAHL COWEN CROWLEY ADDIS LLC
55 W. Monroe Street, Suite 1200
Chicago, Illinois 60603
Telephone:   (312) 641-0060
Facsimile:    (312) 641-6959