**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Judge Carol A. Doyle |
| VERIDIANHEALTH, LLC, et al., | ) | Case No. 05 B 31483 |
| | ) | Hearing: Tues., July 19, 2010 |
| Debtors. | ) | at 10:00 a.m. |

**NOTICE OF MOTION**

**TO: SEE ATTACHED SERVICE LIST**

    **PLEASE TAKE NOTICE** that on **Tuesday, July 19, 2010**, at the hour of **10:00 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Carol A. Doyle Bankruptcy Judge, in **Courtroom 742**, in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Bankruptcy Judge who may be sitting in her stead and shall then and there present the **Chapter 7 Trustee's Application for Authority to Pay Final Compensation to Accountants and Request for Limited Notice,** and shall move the Court for entry of an Order in accordance therewith.

**AT WHICH TIME AND PLACE YOU MAY APPEAR IF YOU SO SEE FIT**

                                                    /s/ Norman B. Newman
                                                   NORMAN B. NEWMAN, not individually but solely as the Chapter 7 Trustee for VeridianHealth, LLC and its affiliated Debtors

Norman B. Newman, ARDC No. 02045427
MUCH SHELIST DENENBERG AMENT & RUBENSTEIN, P.C.
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Telephone: 312.521.2000
Facsimile: 312.521.2100

**CERTIFICATE OF SERVICE**

    Norman B. Newman, an attorney, states that he caused a copy of the attached Motion to be served on all parties listed on the service list by depositing same in the U.S. Mail with sufficient first-class postage attached from 191 N. Wacker Drive, Suite 1800, Chicago, Illinois on June 27, 2011.

                                                     /s/ Norman B. Newman

**SERVICE LIST**

Gretchen Silver
Office of the U.S. Trustee
219 S. Dearborn Street, Suite 873
Chicago, IL 60604

Alan Wolf
Robbins Salomon & Patt, Ltd.
25 E. Washington Street, Suite 1000
Chicago, Illinois 60602

Matthew Gensburg
Greenberg Traurig, LLP
77 W. Wacker Drive, Suite 2500
Chicago, Illinois 60601

VeridianHealth, LLC
MISU Midwest, LLC
Universal Enterprises Midwest, LLC
Factor, LLC
c/o Mitchell Rubin
1650 Lake Cook Road
Deerfield, IL 60015

Michael Eber
High Ridge Partners, Inc.
140 S. Dearborn Street, Suite 420
Chicago, Illinois 60603

Steven Towbin
Shaw Gussis Fishman Glantz
Wolfson & Towbin, LLC
321 N. Clark Street, Suite 800
Chicago, Illinois 60610

Christopher McClellan
Assistant Attorney General
Special Litigation Bureau
Office of the Attorney General
100 W. Randolph Street, 13th Floor
Chicago, Illinois 60601

Dan Kelly, Controller Fleet Services
Enterprise Leasing Company of Chicago
1050 N. Lombard Road
Lombard, Illinois 60148

Michael Duffy
Gardner, Carton & Douglas, LLP
191 N. Wacker Drive
Suite 3700
Chicago, Illinois 60606

Royal Martin
Robert Grabemann
Martin, Brown & Sullivan, Ltd.
321 S. Plymouth Court, 10th Floor
Chicago, Illinois 60604

Tracy L. Netzel
Law Office of Tracy L. Netzel
103 W. College Avenue
Suite 306
Appleton, WI 54911

Patrick Maxcy
Sonnenschein Nath & Rosenthal, LLP
8000 Sears Tower
233 S. Wacker Drive
Chicago, Illinois 60606

Chad Gettleman
Adelman & Gettleman
53 W. Jackson Blvd., Suite 1050
Chicago, Illinois 60604

American Express Travel Related
Services Company, Inc., Corp. Card
c/o Becket and Lee, LLP
P.O. Box 3001
Malvern, PA 19355-0701

Philip Martino
DLA Piper LLP
203 N. LaSalle Street, Suite 1900
Chicago, Illinois 60601

David Leibowitz
Leibowitz Law Center
420 W. Clayton Street
Waukegan, Illinois 60085

Document    Page 3 of 7

Michael Gesas
Arnstein & Lehr
120 S. Riverside Plaza
Suite 1200
Chicago, Illinois 60606

Charles Cohen
Miller Cooper & Co., Ltd.
1751 Lake Cook Road, Suite 400
Deerfield, IL 60062

Charles Chejfec
Katten Muchin Rosenman, LLP
525 W. Monroe Street, Suite 1600
Chicago, Illinois 60661

Doug Hewitt
Neal Gerber & Eisenberg, LLP
Two N. LaSalle Street, Suite 2200
Chicago, IL 60602

Janet Doyle
Illinois Attorney General's Office
100 W. Randolph Street, 11th Floor
Chicago, IL 60601

Andrew H. Roberts
Sloan & Associates, P.C.
5950 S. Berkshire Lane, Suite 450
Dallas, TX 75225-5835

Eric Kaup
Assistant General Counsel
Hilco Trading Co., Inc.
5 Revere Drive, Suite 320
Northbrook, IL  60062

Robert D. Akers
3116 W. Fifth Street
Forth Worth, TX 76107

J. David Duffy
Thompson Coburn Fagel Haber
55 E. Monroe Street, 37th Floor
Chicago, IL 60603

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Judge Carol A. Doyle |
| VERIDIANHEALTH, LLC, *et al.*,[1] | ) | Case No. 05 B 31483 |
| | ) | Hearing Date: Tues., July 19, 2011 |
| Debtors. | ) | Hearing Time: 10:00 a.m. |

**CHAPTER 7 TRUSTEE'S APPLICATION FOR
AUTHORITY TO PAY FINAL COMPENSATION TO
ACCOUNTANTS AND REQUEST FOR LIMITED NOTICE**

Norman B. Newman, not individually, but solely as the Chapter 7 Trustee herein (the "Trustee") moves this Court, pursuant to Section 330 of the Bankruptcy Code, Fed. R. Bankr. P. 2016 and Local Bankruptcy Rule 5082-1, for authority to pay final Chapter 7 compensation to Miller Cooper & Company, Ltd. ("Miller Cooper"), the Trustee's accountants, and for approval of limited notice. Miller Cooper's proposed compensation for the period from July 23, 2008 through April 15, 2011 is $33,946.19, and Miller Cooper seeks reimbursement of $600.00 for expenses incurred. In support of his motion, the Trustee states:

Background

1. On August 10, 2005, Involuntary Petitions under Chapter 11 of the United States Bankruptcy Code were filed against VeridianHealth, LLC and certain of its affiliated entities ("collectively, the "Debtors").

2. On August 25, 2005, this Court entered Orders for Relief against the Debtors under Chapter 11 and authorized the appointment of a Chapter 11 Trustee.

3. On August 31, 2005, this Court entered an order approving the appointment of the Trustee as Chapter 11 trustee.

---

[1] The Debtors are the following entities: VeridianHealth, LLC, MISU Midwest, LLC, Universal Enterprises Midwest, LLC, and Factor, LLC.

4.  On November 16, 2005, this Court entered an order authorizing the Trustee to employ Miller Cooper as his Chapter 11 accountants. By order dated March 6, 2008, Miller Cooper received final Chapter 11 compensation.

5.  On August 21, 2007, the Debtors' Chapter 11 cases were converted to Chapter 7 cases. The Trustee was subsequently appointed and qualified as Chapter 7 trustee.

6.  By order dated September 26, 2007, this Court entered an order authorizing the Trustee to employ Miller Cooper as his Chapter 7 accountants. (Docket no. 268)

7.  To date, Miller Cooper has **_neither applied for nor been awarded_** any Chapter 7 compensation.

Description of Services and Compensation

8.  Attached hereto as Exhibit A is a summary of the Miller Cooper employees who provided services herein and, *for each*, his or her hourly rate, number of hours worked and total compensation.

9.  Attached hereto as Group Exhibit B is Miller Cooper's detailed time descriptions. As accountants in this Chapter 7 estate, Miller Cooper worked only on tax issues (not multiple matters or categories as a law firm would) which included the following discrete tasks:

    a)  review of files to determine Debtors' FEINs;

    b)  review of Debtors' prior tax returns;

    c)  preparation of forms, and communications with IRS, regarding change in authorized representative for Debtors;

    d)  review of Debtors' files and historical information for use in preparing tax returns;

    e)  analysis of corporate organizational structure among Debtors;

5

    f)  communications with the Trustee about missing information necessary for preparation of tax returns and which of Debtors' for which to file returns;

    g)  research regarding tax filings where insufficient information about Debtors;

    h)  review of Debtors' bank account information; and

    i)  preparation and review of tax returns.

  10.  It is worth noting that these cases were more complex—and thus, required more of Miller Cooper's time--than the usual Chapter 7 case due to the multiple debtor entities and the myriad "transactions" of Mitchell Rubin, the Debtors' former principal.

  11.  The services rendered by Miller Cooper provided a substantial benefit to the Trustee and to the Chapter 7 estate. As a result of Miller Cooper's efforts, the Trustee was able to comply with the IRS's filing requirements.

  12.  In addition, Miller Cooper incurred minimal and reasonable out-of-pocket expenses in connection with its work herein, *e.g*., messenger service and fee for use of CCH tax software for preparation of Debtors' returns. Those expenses are delineated on <u>Exhibit C</u>.

  13.  The Trustee has provided notice of this application to the parties on the service list in these cases. The parties on the service list represent more than 90% of the Debtors's total indebtedness, including JP Morgan Chase Bank (service was through counsel for the Bank), which has a lien on all of Debtors' assets. The Trustee submits that additional notice would be unduly expensive to this estate and of no real benefit to the small remaining creditor body.

  **WHEREFORE**, the Trustee respectfully prays that this Court enter an order:

  i.  awarding Miller Cooper final Chapter 7 compensation in the amount of $33,946.19 plus reimbursement of out-of-pocket expenses in the amount of $600.00.

      ii.    authorizing the Trustee to pay Miller Cooper $34,546.19 as its final Chapter 7 award.

      iii.    approving the limited notice of this application; and

      iv.    awarding such further relief as this Court deems just.

Dated:  June 27, 2011

/s/  Norman B. Newman
Norman B. Newman, not individually, but solely as Chapter 7 Trustee of VeridianHealth, LLC, *et al*.

Norman B. Newman (Atty. ID# 02045427)
**Much Shelist Denenberg Ament & Rubenstein, P.C.**
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
Telephone:  312-521-2000
Facsimile:  312-521-2100

7