IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| VERIDIANHEALTH, LLC | ) | CASE NO. 05-31483 |
| | ) | |
| Debtor(s) | ) | JUDGE CAROL A. DOYLE |
| | ) | |

## TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

TO:   THE HONORABLE CAROL A. DOYLE,
      BANKRUPTCY JUDGE

NOW COMES NORMAN NEWMAN, Trustee herein, pursuant to 11 U.S.C. §330, and requests $16,057.75 as compensation, $0.00 of which has previously been paid, and $0.00 for reimbursement of expenses, $0.00 of which has previously been paid.

### I. COMPUTATION OF COMPENSATION

Total Disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $256,155.06. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of first $5,000.00 | $ 1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $ 4,500.00 | ($4,500.00 max.) |
| 5% of next $950,000.00 | $ 10,307.75 | ($47,500.00 max.) |
| 3% of balance | $ 0.00 | |
| | | |
| TOTAL COMPENSATION | $ 16,057.75 | |

## II. TRUSTEE'S EXPENSES

TOTAL EXPENSES                                    $_____0.00

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Dated:   4/12/2012                         /s/ Norman Newman
                                                      NORMAN NEWMAN, Trustee
                                                      MUCH SHELIST
                                                      191 N. WACKER DRIVE
                                                      SUITE 1800
                                                      CHICAGO, IL  60606-1615



**MUCH SHELIST**

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Veridian Health, Inc.
c/o Norman B. Newman, Trustee
191 North Wacker Drive
Suite 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **10/14/2011**

Billing Attorney: **Norman B. Newman**

Matter Number: **0005099.0011**

05 - Trustee Matters

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 08/21/07 | NBN | Review Chapter 7 appointment letters and telephone call with S. Davis regarding related cases. | 0.40 |
| 08/24/07 | NBN | Review notices of Section 341 meeting. | 0.20 |
| 09/11/07 | NBN | Review confirmation of Chapter 11 Bond cancellation. | 0.20 |
| 09/12/07 | NXS | Reconcile bank statements. | 0.20 |
| 09/19/07 | NBN | Review previous applications to employ collection agent and meet with C. McManus regarding motion to employ Brown and Joseph and background information. | 0.90 |
| 09/25/07 | NBN | Telephone conference with creditor representatives regarding today's Section 341 meeting. | 0.30 |
| 10/08/07 | NBN | Meet with C. McManus regarding settlement with GAIC (.30); telpheone call with D. Dufty, attorney for GAIC regarding agreement (.20). | 0.50 |
| 10/15/07 | NXS | Reconcile bank statements. | 0.20 |
| 10/24/07 | NBN | Review latest account receivable collection from D. Nauer (.20); review cancelled checks, check registers and invoices to send to Brown & Joseph (1.10); two telephone calls with S. Gelsosomo regarding information to be provided (.30). | 1.60 |
| 10/24/07 | NBN | Letter to S. Gelsosomo regarding items turned over to carrier. | 0.20 |
| 11/06/07 | NBN | Telephone conference with D. Nauer regarding continued use of AT&T phone service. | 0.20 |
| 11/26/07 | NBN | Review order approving GAIC settlement and meeting with C. McManus regarding exchanging agreement for settlement funds. | 0.30 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ▪ 35335 Eagle Way ▪ Chicago, IL 60678.1353

**Payment due within 30 days of invoice**

E billinginquiries@muchshelist.com ▪ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Veridian Health, Inc.
c/o Norman B. Newman, Trustee
191 North Wacker Drive
Suite 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **10/14/2011**

Billing Attorney: **Norman B. Newman**

Matter Number: **0005099.0011**

05 - Trustee Matters

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 11/28/07 | NBN | Review Chapter 11 fee request and balance owing from holdback and review Miller Cooper billings. | 1.30 |
| 12/04/07 | NBN | Review settled matter report from Brown & Joseph. | 0.30 |
| 12/05/07 | NBN | Review latest collection by D. Nauer and Brown & Joseph (.40); discussions with G. Brosnan regarding status (.20). | 0.60 |
| 12/10/07 | NBN | Review remittance from Brown & Joseph regarding preference recoveries (.20); letter to D. Nauer regarding payment for collection services. | 0.30 |
| 12/12/07 | NBN | Review asset notices in 4 cases. | 0.40 |
| 12/17/07 | NBN | Review notice of time to file claims and review notice recipients information (.30); review statement of expenses from Brown & Joseph and correspondences with S. Gelsosomo regarding call on 12/19 (.40). | 0.70 |
| 12/20/07 | NBN | Review correspondences regarding payment for computer equipment (.20); review correspondences from L. Ahrens and correspondences with C. Gettleman regarding Bank statements needed (.30). | 0.50 |
| 12/26/07 | NBN | Review proofs of claim filed by former employees. | 0.50 |
| 12/31/07 | NBN | Review insider demand letters regarding Brown & Joseph preference activity (.60); further review of medical account receivable data for upcoming conference call (.60). | 1.20 |
| 01/03/08 | NBN | Telephone conference with C. DeGaitas from Brown and Joseph regarding 1/7/08 call to deal with medical account receivables. | 0.40 |
| 01/04/08 | NBN | Telephone conference with C. DeGaitis, Brown & Joseph regarding participation in 1/8 conference call (.20); review latest preference status report (.20). | 0.40 |
| 01/07/08 | NBN | Review additional account receivable collections from D. Nauer (.20); correspondences with C. DeGaitas regarding 1/8 conference call (.20); review medical account receivable data for conference call (1.4). | 1.80 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

**Payment due within 30 days of invoice**

E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

Veridian Health, Inc.
c/o Norman B. Newman, Trustee
191 North Wacker Drive
Suite 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **10/14/2011**

Billing Attorney: **Norman B. Newman**

Matter Number: **0005099.0011**

05 - Trustee Matters

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 01/08/08 | NBN | Telephone conference with C. DeGaitis, C. Cohen and D. Mount regarding today's conference call to discuss medical account receivable data. | 0.80 |
| 01/10/08 | NBN | Telephone conference with C. DeGaitas regarding medical account receivable data. | 0.20 |
| 01/15/08 | NBN | Review latest preference recovery from Brown & Joseph. | 0.20 |
| 01/16/08 | NBN | Telephone conference with C. DeGaitas regarding download project (.20); telephone call with S. Gelsosomo regarding status of preference demands (.20); telephone call with L. Ahrens regarding bank account information needed (.30). | 0.70 |
| 01/18/08 | NBN | Discussions with M. Fucinato and G. Brosnan regarding status of medical account receivable collection activity. | 0.50 |
| 01/21/08 | NBN | Telephone conference with C. DeGaitas regarding status of downloading account receivable data (.20); Telephone conference with representative of Colorado based creditor regarding claim bar date (.20); review claim register (.70). | 1.10 |
| 01/30/08 | NBN | Telephone conference with C. DeGaitas regarding status of account receivable billing project (.20); telephone call with S. Gelsosomo regarding additional preference recovering (.60) and review new demand letters (.60). | 0.80 |
| 02/01/08 | NBN | Review Brown and Joseph settled matters report for January 2008. | 0.30 |
| 02/05/08 | NBN | Review 1099 from Great American Insurance Company (.2); review storage and phone charges (.2); review claims register (.9). | 1.30 |
| 02/07/08 | NBN | Review latest payment from Brown & Joseph re: preference recoveries. | 0.20 |
| 02/08/08 | NBN | Review receivable collection information. | 1.20 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ▪ 35335 Eagle Way ▪ Chicago, IL 60678.1353

Payment due within 30 days of invoice

QUESTIONS?
E billinginquiries@muchshelist.com ▪ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000   F 312.521.2100

FEIN 36-2757501

Veridian Health, Inc.
c/o Norman B. Newman, Trustee
191 North Wacker Drive
Suite 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **10/14/2011**

Billing Attorney: **Norman B. Newman**

Matter Number: **0005099.0011**

05 - Trustee Matters

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 02/11/08 | NBN | Review correspondence from Public Storage regarding increase in monthly storage charges (.2); correspondence with G. Brosnan regarding bank statements (.2); review claims register (.8) | 1.20 |
| 02/12/08 | NBN | Telephone conference with T. Sharp regarding filing claim (.2); review latest collection info from Brown and Joseph. (.3) | 0.50 |
| 02/13/08 | NBN | Review bank statements and insider demand letters regarding additional preference matters. | 1.30 |
| 02/15/08 | NBN | Review additional personal injury collection from D. Nauer (.20); telephone call with C. DeGaites regarding status of medical account receivable billing issues (.20). | 0.40 |
| 02/18/08 | NBN | Continued review of open medical testing account receivable information and review Brown & Joseph collections (1.4); telephone call with C. DeGaites regarding data retrieval (.20). | 1.60 |
| 02/19/08 | NXS | Reconcile bank statements. | 0.10 |
| 02/20/08 | NBN | Conference with C. DeGaites regarding finalizing billing activities for medical account receivables. | 0.40 |
| 03/07/08 | NBN | Correspondence with J. Brosnan regarding bank statements needed (.20); review latest preference settlements (.40). | 0.60 |
| 03/10/08 | NBN | Review additional medical account receivable recoveries from D. Nauer (.20) and additional preference recoveries from Brown & Joseph (.20); review open receivables (.70). | 1.20 |
| 03/12/08 | NBN | Review phone charges and telephone call with S. Gelsosomo regarding status of medical account receivable collections (.30); correspondence with G. Brosnan regarding bank statements (.20). | 0.50 |
| 03/13/08 | NBN | Review bank statements for insider preference actions. | 0.40 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ▪ 35335 Eagle Way ▪ Chicago, IL 60678.1353

Payment due within 30 days of invoice

QUESTIONS?
E billinginquiries@muchshelist.com ▪ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615

T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Veridian Health, Inc.
c/o Norman B. Newman, Trustee
191 North Wacker Drive
Suite 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **10/14/2011**

Billing Attorney: **Norman B. Newman**

Matter Number: **0005099.0011**

05 - Trustee Matters

| Date | Atty. | Description | Hours |
| --- | --- | --- | --- |
| 03/24/08 | NBN | Review information from Brown & Joseph regarding medical account receivable billings and status of project. | 0.80 |
| 03/25/08 | NBN | Review storage invoice and phone charges and pay same (.30); meet with C. McManus regarding responding to landlord's motion for payment of administrative expense claim (.30). | 0.60 |
| 03/31/08 | NBN | Correspondences with C. Wilkes regarding U.S. Trustee quarterly fee claims (.20); correspondences with C. DeGaitis regarding status of medical account receivable invoicing (.20): correspondences with D. Nauer regarding remaining personal injury matters (.30). | 0.70 |
| 04/02/08 | NBN | Correspondences with G. Brosnan regarding bank status (.20); telephone call with C. DeGaitis regarding account receivable data process (.20). | 0.40 |
| 04/04/08 | NBN | Review Bank statements for 0/04 thru 8/05 and telephone call with and letter to S. Gelsosomo regarding same (.50); review latest Veridian preference status report (.20). | 0.70 |
| 04/07/08 | NBN | Review additional PI collection from D. Nauer. | 0.20 |
| 04/10/08 | NBN | Correspondences with L. Ahrens and G. Brosnan regarding bank account statements (.30); telephone call with C. DeGaitis regarding status of medical account receivables collection efforts (.20). | 0.50 |
| 04/10/08 | NXS | Reconcile bank statements. | 0.20 |
| 04/11/08 | NBN | Correspondences with G. Brosnan and L. Ahrens regarding NSF checks. | 0.40 |
| 04/14/08 | NBN | Discussions with C. DeGaitis regarding medical account receivable status (.20); correspondences with L. Ahrens regarding preference payments and defenses (.40). | 0.60 |
| 04/15/08 | NBN | Review additional preference recoveries (.20); correspondences with S. Gelsosomo regarding communications from N. Porterfield (.20). | 0.40 |

**PLEASE SEND PAYMENT TO:**        **Payment due within 30 days of invoice**

Much Shelist ▪ 35335 Eagle Way ▪ Chicago, IL 60678.1353

QUESTIONS?
E billinginquiries@muchshelist.com ▪ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

Veridian Health, Inc.
c/o Norman B. Newman, Trustee
191 North Wacker Drive
Suite 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **10/14/2011**

Billing Attorney: **Norman B. Newman**

Matter Number: **0005099.0011**

05 - Trustee Matters

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 04/16/08 | NBN | Correspondences with N. Porterfield and S. Gelsosomo regarding final data provided and contacting insurance carriers (.60); meet with C. McManus regarding payment of expenses (.20). | 0.80 |
| 04/17/08 | NBN | Telephone conference with M. Birnbaum regarding patient records (.20); review claim report information regarding demands to insurance carriers (1.1). | 1.30 |
| 04/18/08 | NBN | Correspondences with L. Ahrens regarding pursuing insider preferences (.30); telephone call with G. Brosnan regarding status of medical accounts receivable collections (.20). | 0.50 |
| 04/25/08 | NBN | Telephone conference with S. Gelsosomo regarding latest offers on preference demands (.30); review medical account receivable data to be subject to initial demand letters (.80). | 1.10 |
| 04/28/08 | NBN | Review additional workers' compensation and personal injury settlement funds from D. Nauer. | 0.30 |
| 04/29/08 | NBN | Letter to D. Nauer regrding payment for serivces in April (.20); telephone call with and letter to S. Gelsosomo regarding medical account receivables project (.30). | 0.50 |
| 04/30/08 | NBN | Conference call with S. Gelsosomo of Brown & Joseph and representatives regarding preparing claims (.30); review storage charges invoice (.20). | 0.50 |
| 05/01/08 | NBN | Correspondences with L. Ahrens regarding cancelled checks needed. | 0.30 |
| 05/05/08 | NBN | Review latest preference status report from L. Ahrens and correspondences with L. Ahrens regarding checks needed. | 0.50 |
| 05/06/08 | NBN | Correspondence with J. Dill of M. Eber's office regarding documents at High Ridge Partners. | 0.20 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

**Payment due within 30 days of invoice**

QUESTIONS?
E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.



**MUCH SHELIST**

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Veridian Health, Inc.
c/o Norman B. Newman, Trustee
191 North Wacker Drive
Suite 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **10/14/2011**

Billing Attorney: **Norman B. Newman**

Matter Number: **0005099.0011**

05 - Trustee Matters

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 05/07/08 | NBN | Telephone conference with J. Dill regarding corporate records (.20); conference call with S. Joseph and Harold from Brown & Joseph regarding contacting insurance carriers (.30). | 0.50 |
| 05/09/08 | NBN | Review insurance carrier listing for demand letters and review claims to be asserted. | 1.40 |
| 05/14/08 | NBN | Review additional medical account receivables spreadsheet for billing. | 0.40 |
| 05/16/08 | NBN | Review updated information as to demands sent to Insurance Carriers. | 0.80 |
| 05/19/08 | NXS | Reconcile bank statements. | 0.20 |
| 05/21/08 | NBN | Telephone conference with S. Gelsosomo regarding contracts with representatives of insurance carriers. | 0.30 |
| 05/21/08 | NBN | Review update from Brown & Joseph regarding insider payment demands. | 0.60 |
| 06/02/08 | NBN | Review summary of preference recoveries and outstanding claims. | 0.70 |
| 06/03/08 | NBN | Review update from Brown and Joseph as to preference recoveries. | 0.30 |
| 06/04/08 | NBN | Correspondences with S. Gelsosomo regarding status of corresponding medical account receivable efforts (.20); telephone call with D. Nauer regarding remaining matters (.3). | 0.50 |
| 06/06/08 | NBN | Discussion with C. McManus regarding settlement with landlord. | 0.20 |
| 06/09/08 | NXS | Reconcile bank statements. | 0.20 |
| 06/10/08 | NBN | Review latest payment from Brown & Joseph and review latest AT&T bill. | 0.20 |
| 06/10/08 | NBN | Review latest payment from Brown & Joseph. | 0.20 |
| 06/13/08 | NBN | Discussions with C. McManus regarding settlement of landlord's administrative expense claim. | 0.30 |
| 06/23/08 | NBN | Review latest update on personal injury and preference recoveries. | 0.40 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

**Payment due within 30 days of invoice**

QUESTIONS?
E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.



191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Veridian Health, Inc.
c/o Norman B. Newman, Trustee
191 North Wacker Drive
Suite 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **10/14/2011**

Billing Attorney: **Norman B. Newman**

Matter Number: **0005099.0011**

05 - Trustee Matters

| Date | Atty. | Description | Hours |
| --- | --- | --- | --- |
| 06/27/08 | NBN | Correspondences with D. Nauer regarding tax identification number needed (.20); review notice of filing of interim fee application (.30). | 0.50 |
| 06/30/08 | NBN | Correspondences with S. Gelsosomo regarding update on medical testing account receivable collection efforts. | 0.20 |
| 07/01/08 | NBN | Review latest paid/settled report from Brown & Joseph (.20); correspondences with S. Gelsosomo regarding status of medical testing account receivables (.20). | 0.40 |
| 07/02/08 | NBN | Telephone conference with S. Schreiber regarding final Chapter 11 fees (.20); correspondences with K. Strubing, Brown & Joseph regarding avoidance action matters (.30). | 0.50 |
| 07/07/08 | NBN | Review latest payment from Brown & Joseph on avoidance action recoveries (.20); correspondences with S. Gelsosomo regarding medical testing account receivable (.20). | 0.40 |
| 07/08/08 | NBN | Review latest medical account receivable data information from Brown & Joseph. | 0.80 |
| 07/14/08 | NBN | Correspondences with K. Strubing regarding balances owing by patients. | 0.20 |
| 07/15/08 | NBN | Telephone conference with K. Strubing and D. Nauer regarding billing information (.30); review correspondences with S. Gelsosomo regarding American Express settlement approval (.20). | 0.50 |
| 07/16/08 | NBN | Telephone conference with S. Gelsosomo regarding further settlement guidelines for avoidance actions (.40); review fee application of 7/17 hearing (.30). | 0.70 |
| 07/22/08 | NBN | Telephone conference with M. Birnbaum and K. Strubing regarding affiliated entities tax id numbers. | 0.30 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ▪ 35335 Eagle Way ▪ Chicago, IL 60678.1353

Payment due within 30 days of invoice



**MUCH SHELIST**

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000 F 312.521.2100

FEIN 36-2757501



Veridian Health, Inc.
c/o Norman B. Newman, Trustee
191 North Wacker Drive
Suite 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **10/14/2011**

Billing Attorney: **Norman B. Newman**

Matter Number: **0005099.0011**

05 - Trustee Matters

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 07/23/08 | NBN | Telephone conference with K. Strubing regarding responses from Insurance Carriers (.30); review tax id information from M. Birnbaum (.30). | 0.60 |
| 07/24/08 | NBN | Review additional information from M. Birnbaum and correspondences with K. Strubing regarding same (.30); Telephone conference with S. Gelsosomo regarding additional insider information needed (.20). | 0.50 |
| 07/25/08 | NBN | Meet with M. Birnbaum and K. Stienbing at Veridian Storage facility regarding medical testing receivables. | 1.20 |
| 07/29/08 | NBN | Telephone conference with K. Struebing regarding responses from carriers as to medical testing receivables (.30); review additional collections from D. Nauer (.30). | 0.60 |
| 08/01/08 | NBN | Review latest paid/settled report from L. Ahrens. | 0.20 |
| 08/07/08 | NBN | Review latest recoveries from Brown & Joseph (.20); telephone call with D. Nauer regarding latest payment of fees (.20); telephone call with representative of Public Storage regarding payment due (.20). | 0.60 |
| 08/26/08 | NBN | Correspondence with S. Gelsosomo re: Gardner Carton settlement. | 0.20 |
| 09/02/08 | NBN | Correspondences with L. Ahrens and T. Casey regarding Gardner Carton settlement (.30); Telephone conference with S. Gelsosomo regarding status of medical testing receivables (.20). | 0.50 |
| 09/03/08 | NBN | Review correspondences from T. Casey and correspondences with S. Gelsosomo regarding Gardner Carton settlement funds received (.40); review latest preference settlement report from L. Ahrens (.20). | 0.60 |
| 09/04/08 | NBN | Correspondences with S. Gelsosomo regarding medical testing account receivable status. | 0.20 |
| 09/08/08 | NBN | Telephone conference with S. Gelsosomo regarding status of medical testing receivables. | 0.20 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

Payment due within 30 days of invoice

E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

**MUCH SHELIST**

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Veridian Health, Inc.
c/o Norman B. Newman, Trustee
191 North Wacker Drive
Suite 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **10/14/2011**

Billing Attorney: **Norman B. Newman**

Matter Number: **0005099.0011**

05 - Trustee Matters

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 09/09/08 | NBN | Discussion with K. Streubing regarding status of medical testing receivables contracts (.30); letter to L. Robinson regarding returning Fleet Expedite restitution payment (.20); review additional payments (.20). | 0.70 |
| 09/10/08 | NBN | Meet with C. McManus regarding motion to compensate special counsel up tomorrow (.20); Telephone conference with S. Gelsosomo regarding medical testing remittances (.20); discuss with Brown & Joseph medical testing account receivables status report (.50). | 0.90 |
| 09/17/08 | NBN | Correspondences with S. Gelsosomo regarding status of medical testing account receivable (.60); review statement of services from Miller Cooper (.30). | 0.90 |
| 09/22/08 | NBN | Telephone conference with K. Strubing regarding status of medical account receivable payments. | 0.30 |
| 10/01/08 | NBN | Review latest preference/medical account receivable report from Brown & Joseph (.20); review open preference matters (.40). | 0.70 |
| 11/03/08 | NBN | Review updated collection report from L. Ahrens (.40); telephone call with S. Gelsosomo regarding same (.20). | 0.60 |
| 11/06/08 | NBN | Telephone conference with G. Brosnan regarding status of medical account receivable recoveries (.20); review storage and phone bills for payments (.20). | 0.40 |
| 11/07/08 | NBN | Review additional collections from Brown & Joseph (.20); correspondences with S. Gelsosomo regarding medical testing account receivable status (.30). | 0.50 |
| 11/13/08 | NBN | Review notice of hearing on M. Rubin final report and no distribution. | 0.20 |
| 11/17/08 | NBN | Review additional payment from D. Nauer; Telephone conference with S. Gelsosomo regarding medical testing data. | 0.40 |

**PLEASE SEND PAYMENT TO:**     **Payment due within 30 days of invoice**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

QUESTIONS?
E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000 F 312.521.2100
FEIN 36-2757501

Veridian Health, Inc.
c/o Norman B. Newman, Trustee
191 North Wacker Drive
Suite 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **10/14/2011**

Billing Attorney: **Norman B. Newman**

Matter Number: **0005099.0011**

05 - Trustee Matters

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 11/20/08 | NBN | Correspondences with M. Eber and S. Gelsosomo regarding medical testing account receivable issues. | 0.40 |
| 11/21/08 | NBN | Telephone conference with S. Gelsosomo and M. Eber regarding medical testing information follow up. | 0.40 |
| 12/01/08 | NBN | Review latest preference settlement report. | 0.20 |
| 12/03/08 | NBN | Review outstanding PI claims and medical testing account receivables. | 0.40 |
| 12/04/08 | NBN | Telephone conference with S. Gelsosomo regarding next round of demand letters. | 0.20 |
| 12/08/08 | NBN | Review latest preference recovery (.20); review latest storage charges and phone bills (.20). | 0.40 |
| 12/09/08 | NBN | Correspondences with S. Gelsosomo regarding latest medical test account receivable demands. | 0.30 |
| 12/11/08 | NBN | Review and revise letters from Brown & Joseph to counsel for State Farm and United Healthcare regarding no amounts owing. | 0.50 |
| 12/15/08 | NBN | Review latest group of letters transmitted to carriers regarding payment of medical test receivables. | 1.30 |
| 12/17/08 | NBN | Telephone conference with D. Nauer regarding status of collection activity. Review statements for final Chapter 11 fees. | 1.20 |
| 12/19/08 | NBN | Telephone conference with S. Gelsosomo re: recent medical accounts receivable payments. | 0.30 |
| 12/22/08 | NBN | Review additional PI collection from D. Nauer (.2); telephone conference with S. Gelsosomo re: releases on medical a/r payments (.2). | 0.40 |
| 12/29/08 | NBN | Review latest billing from D. Nauer. | 0.20 |
| 12/31/08 | NBN | Letter to D. Nauer regarding payment for December collection. | 0.20 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ▪ 35335 Eagle Way ▪ Chicago, IL 60678.1353

**Payment due within 30 days of invoice**

QUESTIONS?
E billinginquiries@muchshelist.com ▪ www.muchshelist.com

thinking business, practicing law.



**MUCH SHELIST**

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Veridian Health, Inc.
c/o Norman B. Newman, Trustee
191 North Wacker Drive
Suite 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **10/14/2011**

Billing Attorney: **Norman B. Newman**

Matter Number: **0005099.0011**

05 - Trustee Matters

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 01/05/09 | NBN | Review latest medical test receivable collections. | 0.30 |
| 01/06/09 | NBN | Review additional medical account receivable collections (.20); review outstanding claims (1.20). | 1.40 |
| 01/07/09 | NBN | Review latest invoice from Public Storage. | 0.20 |
| 01/07/09 | NBN | Prepare final Chapter 11 fee application. | 0.80 |
| 01/13/09 | NBN | Review information from S. Gelsosomo regarding efforts to collect medical account receivables. | 0.70 |
| 01/19/09 | NBN | Telephone conference with S. Gelsosomo regarding increased collections on medical testing account receivables and review responses from insurance carriers. | 1.10 |
| 01/23/09 | NBN | Discussion with S. Gelsosomo regarding meeting at storage facility and disposing of medical records. | 0.30 |
| 01/26/09 | NBN | Telephone conference with S. Gelsosomo regarding latest remittance of collections (.30); review latest storage facility and telephone billing (.20) | 0.50 |
| 01/28/09 | NBN | Meet with S. Gelsosomo in Northbrook regarding status of medical testing account receivable collection activity and accessing patient. | 1.90 |
| 02/03/09 | NBN | Review correspondences from S. Gelsosomo and recap of collections. | 0.40 |
| 02/04/09 | NBN | Review correspondences from S. Gelsosomo regarding 1099 form Tatum. | 0.20 |
| 02/06/09 | NBN | Review Brown & Joseph recap of all collections. | 0.30 |
| 02/09/09 | NBN | Review latest medical account receivable collections from Brown & Joseph and review storage invoice. | 0.40 |
| 02/10/09 | NBN | Review preference account receivable and medical testing receivable regarding payment to the Bank. | 1.10 |

**PLEASE SEND PAYMENT TO:**    **Payment due within 30 days of invoice**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

QUESTIONS?
E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.



191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

Veridian Health, Inc.
c/o Norman B. Newman, Trustee
191 North Wacker Drive
Suite 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **10/14/2011**

Billing Attorney: **Norman B. Newman**

Matter Number: **0005099.0011**

05 - Trustee Matters

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 02/18/09 | NBN | Meet with C. McManus regarding 2/19 fee hearing (.30); review latest collections reports (.20). | 0.50 |
| 03/09/09 | NBN | Telephone conference with S. Gelsosomo regarding status of medical receivable collections (.30); correspondences with J. Brosnan regarding payment on account of Bank's claim (.20). | 0.50 |
| 03/12/09 | NBN | Telephone conference with C. Gettleman re: payment to the bank (.2); review latest medical account receivable demands (1.4). | 1.60 |
| 03/13/09 | NBN | Telephone conference and letter to J. Brosnan re: payment on account of claim. | 0.20 |
| 03/17/09 | NBN | Correspondence with Diane Nauer regarding status of Workers Comp/PI claims. | 0.20 |
| 03/20/09 | NBN | Telephone conference with D. Nauer regarding status of remaining personal injury and workers compensation claim. | 0.20 |
| 03/26/09 | NBN | Review summary of payments received from Brown & Joseph. | 0.20 |
| 04/06/09 | NBN | Review public storage invoice. | 0.20 |
| 04/09/09 | NBN | Review additional medical testing account receivable collections. | 0.20 |
| 04/14/09 | NBN | Correspondences with D. Nauer and S. Gelsosomo regarding outstanding account receivables. | 0.30 |
| 04/16/09 | NBN | Telephone conference with S. Gelsosomo regarding medical test account receivable and release issues. | 0.30 |
| 05/07/09 | NBN | Telephone conference with S. Gelsosomo regarding status of medical receivables collections. | 0.20 |
| 06/01/09 | NBN | Discussion with S. Gelsosomo regarding settlement with City of Cambridge. | 0.20 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

**Payment due within 30 days of invoice**

E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615

T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Veridian Health, Inc.
c/o Norman B. Newman, Trustee
191 North Wacker Drive
Suite 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **10/14/2011**

Billing Attorney: **Norman B. Newman**

Matter Number: **0005099.0011**

05 - Trustee Matters

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 06/08/09 | NBN | Review latest phone bill and storage charges. | 0.30 |
| 06/09/09 | NBN | Telephone conference with S. Gelsosomo regarding status of medical account receivables. | 0.20 |
| 06/18/09 | NBN | Telephone conference with S. Gelsosomo regarding City of Cambridge release. | 0.20 |
| 06/23/09 | NBN | Telephone conference with S. Gelsosomo re: status of medical test account receivables. | 0.20 |
| 07/01/09 | NBN | Telephone conference with S. Gelsosomo regarding medical test account receivables. | 0.20 |
| 07/08/09 | NBN | Telephone conference with Public Storage regarding invoice (.20); pay storage and phone bills (.20); discussions with S. Gelsosomo regarding account receivable status (.20). | 0.60 |
| 07/23/09 | NBN | Discussion with S. Gelsosomo regarding status of medical testing account receivables. | 0.20 |
| 08/17/09 | NBN | Correspondences with M. Birnbaum and S. Gelsosomo regarding access to records for tax returns. | 0.30 |
| 08/19/09 | NBN | Correspondences with D. Nauer and S. Gelsosomo regarding remaining receivables and possible sale of same. | 0.60 |
| 08/20/09 | NBN | Correspondences with E. Linn regarding interest in account receivable. | 0.20 |
| 08/21/09 | NBN | Telephone conference with S. Gelsosomo regarding document disposal issues. | 0.20 |
| 08/27/09 | NBN | Telephone conference with J. Miller and correspondences with S. Gelsosomo and D. Nauer regarding possible interest in remaining account receivables. | 0.50 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ▪ 35335 Eagle Way ▪ Chicago, IL 60678.1353

**Payment due within 30 days of invoice**

E billinginquiries@muchshelist.com ▪ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

Veridian Health, Inc.
c/o Norman B. Newman, Trustee
191 North Wacker Drive
Suite 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **10/14/2011**

Billing Attorney: **Norman B. Newman**

Matter Number: **0005099.0011**

05 - Trustee Matters

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 08/31/09 | NBN | Telephone conference with S. Gelsosomo regarding possible sale of account receivable. | 0.20 |
| 09/22/09 | NBN | Telephone conference with S. Gelsosomo regarding account receivable and books and records. | 0.20 |
| 10/08/09 | NBN | Review cell phone refund (.20); review information for abandonment of books and records (.20). | 0.40 |
| 10/20/09 | NBN | Telephone conference with S. Gelsosomo regarding books and records. | 0.20 |
| 10/21/09 | NBN | Telephone conference with R. Murnick and C. Cohen regarding tax return issues. | 0.50 |
| 11/09/09 | NBN | Review collection from City of Cambridge and correspondences with S. Gelsosomo (.20); review collection from D. Nauer (.20). | 0.40 |
| 11/13/09 | NBN | Telephone conference with S. Gelsosomo regarding dealing with books and records. | 0.20 |
| 11/17/09 | NBN | Review storage bill and D. Nauer remaining matters. | 0.40 |
| 01/13/10 | NBN | Prepare W-9 and correspondences with D. Nauer regarding payment from Millennium. | 0.40 |
| 01/18/10 | NBN | Review receipts and disbursements information regarding funds subject to Bank lien. | 0.50 |
| 02/03/10 | NBN | Review memo (.30) and correspondences with C. Cohen and M. Radin regarding identity of entities (.20). | 0.50 |
| 02/04/10 | NBN | Review additional collections from D. Nauer. | 0.20 |
| 02/09/10 | NBN | Discussion with M. Radin regarding income producing entities and last returns prepared in 2003 (.20); further review of entity organizational chart (.20). | 0.40 |

**PLEASE SEND PAYMENT TO:**        Payment due within 30 days of invoice
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353


E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.



MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

Veridian Health, Inc.
c/o Norman B. Newman, Trustee
191 North Wacker Drive
Suite 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **10/14/2011**

Billing Attorney: **Norman B. Newman**

Matter Number: **0005099.0011**

05 - Trustee Matters

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 02/12/10 | NBN | Review Bankruptcy Code and Rules regarding destruction of patient records. | 0.80 |
| 02/16/10 | NBN | Further review of requirements regarding patient records disposal. | 0.60 |
| 03/02/10 | NBN | Telephone conference with D. Gucwa regarding payments to the Bank. | 0.20 |
| 03/10/10 | NBN | Correspondence with D. Gucwa re: payments to Chase and balance owing. | 0.20 |
| 04/21/10 | NBN | Correspondences with representatives of JP Morgan Chase regarding summary of payments received. | 0.30 |
| 04/23/10 | NBN | Follow-up with G. Brosnan regarding payment summary (.20); meet with C. McManus and review Bankruptcy Code and rules regarding destruction of books and records (1.3); telephone call with representative of Paper Recovery regarding medical records (.20). | 1.70 |
| 05/21/10 | NBN | Review records to be destroyed (1.20); telephone call with C. Cohen regarding tax returns and access to storage facility (.20). | 1.40 |
| 06/01/10 | NBN | Correspondences with C. Cohen regarding access to storage facility. | 0.20 |
| 06/02/10 | NBN | Telephone conference with M. Radin and M. Kelly regarding meeting tomorrow at storage facility. | 0.30 |
| 06/04/10 | NBN | Meet with C. McManus regarding preparing motion to contract to destroy books and records. | 0.20 |
| 06/07/10 | NBN | Letter to Public Storage regarding June and July payment (.20); correspondences with M. Radin and C. Cohen regarding contacting Chase for bank statements (.30). | 0.50 |
| 06/09/10 | NBN | Correspondences with M. Radin regarding contacting Bank for account statements (.30); meet with C. McManus regarding contract with R-4 (.20). | 0.50 |
| 06/11/10 | NBN | Telephone conference with C. Cohen regarding contacting Chase for bank statements. | 0.20 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

**Payment due within 30 days of invoice**

QUESTIONS?
E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

Veridian Health, Inc.
c/o Norman B. Newman, Trustee
191 North Wacker Drive
Suite 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **10/14/2011**

Billing Attorney: **Norman B. Newman**

Matter Number: **0005099.0011**

05 - Trustee Matters

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 06/17/10 | NBN | Correspondence with M. Kelly re: hiring R4 to destroy books and records. | 0.20 |
| 06/21/10 | NBN | Review filed motion to employ R-4 and review order. | 0.30 |
| 06/29/10 | NBN | Telephone conference with M. Kelly, R-4 regarding court approval of document removal. | 0.20 |
| 06/30/10 | NBN | Correspondences with M. Kelly regarding order authorizing removal of records and telephone call with representative of public storage regarding same (.30); Telephone conference with S. Gelsosomo regarding no further collection activity (.20). | 0.50 |
| 07/01/10 | NBN | Correspondences with M. Kelly of R-4 regarding meeting on 7/7 to remove records. | 0.20 |
| 07/06/10 | NBN | Telephone conference's with M. Kelly and Representative of Public Storage regarding removal of records on July 7th. | 0.30 |
| 07/07/10 | NBN | Meet with representative of R-4 in Northbrook regarding removal of records and telephone call with representative of Public Storage regarding vacating unit (1.80); correspondences with M. Kelly confirming unit cleared out (.20). | 2.00 |
| 07/08/10 | NBN | Correspondences with M. Kelly regarding payment for document removal and destruction services. | 0.20 |
| 07/12/10 | NBN | Discussions with C. McManus and M. Radin regarding bank checks and tax returns (.40); Telephone conference with Public Storage regarding termination of agreement (.20) and correspondences with R4 regarding certificate of destruction (.20). | 0.80 |
| 08/04/10 | NBN | Review Miller Cooper statement of services. | 0.20 |
| 10/01/10 | NBN | Review statement of services, funds on hand and additional account receivable regarding final compensation applications. | 0.80 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

**Payment due within 30 days of invoice**

QUESTIONS?
E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000   F 312.521.2100

FEIN 36-2757501

Veridian Health, Inc.
c/o Norman B. Newman, Trustee
191 North Wacker Drive
Suite 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **10/14/2011**

Billing Attorney: **Norman B. Newman**

Matter Number: **0005099.0011**

05 - Trustee Matters

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 10/26/10 | NBN | Review Miller Cooper billings and telephone call with C. Cohen regarding status of preparing tax returns. | 0.30 |
| 12/15/10 | NBN | Review additional account receivable collection from D. Nauer. | 0.20 |
| 12/16/10 | NBN | Review letter and check to D. Nauer regarding payment of fees. | 0.20 |
| 01/14/11 | NBN | Review receipts and disbursements and correspondences with and telephone calls with M. Radin regarding loan payments and correction for tax return preparation. | 0.70 |
| 02/16/11 | NBN | Correspondences with C. Cohen and E. Langland regarding bank account statements. | 0.30 |
| 02/17/11 | NBN | Telephone conference with representatives of Chase and C. Cohen regarding bank statement issue. | 0.30 |
| 05/06/11 | NBN | Review correspondences from IRS regarding EIN on 2007 return. | 0.20 |
| 06/29/11 | NBN | Review filed motion to pay final fees to Miller Cooper. | 0.20 |
| 07/19/11 | NBN | Review order approving Miller Cooper fees and telephone call with C. Cohen regarding same (.20); review additional penalty notices (.20). | 0.40 |
| 10/03/11 | NBN | Review correspondences from IRS regarding credits for penalty assessments (.20); review previous fee applications (.50). | 0.70 |
| 10/11/11 | NBN | Telephone conference with G. Silver regarding filing final report. | 0.20 |
| | | **Total Hours** | **190.60** |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

Payment due within 30 days of invoice

E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.