UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                          §      Case No. 05-31483
      VERIDIANHEALTH, LLC                  §
                                                §      Hon. Carol A. Doyle
                              Debtor(s)         §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that NORMAN NEWMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    219 S. Dearborn Street
    7th Floor
    Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 05/10/2012 in Courtroom 742, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, Illinois. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: __/ /_____    By:    /s/NORMAN NEWMAN_____
                                           Trustee

NORMAN NEWMAN
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL 60606-1615
(312) 521-2000

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: VERIDIANHEALTH, LLC § Case No. 05-31483
§
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of* $ 1,177,774.68

*and approved disbursements of* $ 1,138,658.57

*leaving a balance on hand of* [1] $ 39,116.11

**Balance on hand:** $ 39,116.11

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | DVI Fin. Serv., Inc. Agent for US Bank Portfolio Ser. | 21,063.26 | 0.00 | 0.00 | 0.00 |
| 15 | JPMorgan Chase Bank, NA | 8,048,793.34 | 8,048,793.34 | 475,000.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 39,116.11

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Norman B. Newman, Trustee | 16,057.75 | 0.00 | 13,082.83 |
| Attorney for Trustee, Fees - Much Shelist, et.al. | 94,464.00 | 51,679.00 | 25,284.25 |
| Attorney for Trustee, Expenses - Much Shelist, et.al. | 1,733.11 | 663.00 | 749.03 |
| Accountant for Trustee, Fees - Miller Cooper & Co., Ltd. | 33,946.19 | 33,946.19 | 0.00 |
| Accountant for Trustee, Expenses - Miller Cooper & Co., Ltd. | 600.00 | 600.00 | 0.00 |
| Other Fees: Brown & Joseph | 11,000.00 | 11,000.00 | 0.00 |
| Other Expenses: AT&T | 1,030.78 | 1,030.78 | 0.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---:|---:|---:|
| Other Fees: Diane T. Nauer | 10,392.87 | 10,392.87 | 0.00 |
| Other Fees: R4 | 8,500.00 | 8,500.00 | 0.00 |
| Other Expenses: International Sureties, Ltd. | 10,335.82 | 10,335.82 | 0.00 |
| Other Expenses: Public Storage | 42,825.00 | 42,825.00 | 0.00 |

Total to be paid for chapter 7 administration expenses:  $ 39,116.11
Remaining balance:  $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Attorney for Trustee Fees - Much Shelist, et.al. | 289,539.70 | 289,539.70 | 0.00 |
| Attorney for Trustee Expenses - Much Shelist, et.al. | 6,989.23 | 6,989.23 | 0.00 |
| Accountant for Trustee/D-I-P Fees - Miller Cooper & Co., Ltd. | 51,425.00 | 51,425.00 | 0.00 |
| Accountant for Trustee/D-I-P Expenses - Miller Cooper & Co., Ltd. | 113.49 | 113.49 | 0.00 |
| Other Fees: Diane T. Nauer | 41,984.43 | 41,984.43 | 0.00 |
| Other Expenses: AT&T | 550.93 | 550.93 | 0.00 |
| Attorney for Special Counsel Fees - Stahl Cowen Crowley, LLC | 14,077.20 | 14,077.20 | 0.00 |
| Attorney for Special Counsel Expenses - Stahl Cowen Crowley, LLC | 22.00 | 22.00 | 0.00 |
| Other Fees: High Ridge Partners | 38,428.97 | 38,428.97 | 0.00 |
| Other Fees: Wayne Rubenstein | 4,250.00 | 4,250.00 | 0.00 |
| Other Expenses: Georgia-Pacific Consumer Products LP | 125,000.00 | 0.00 | 0.00 |
| Other Expenses: Hilco/Incipient Healthcare | 15,900.00 | 15,900.00 | 0.00 |
| Other Expenses: Public Storage | 12,135.00 | 12,135.00 | 0.00 |
| Other Expenses: U.S. Trustee Payment Center | 17,000.00 | 17,000.00 | 0.00 |

Total to be paid for prior chapter administrative expenses:  $ 0.00
Remaining balance:  $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $50,264.17 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 21 | Michael W. Weimann | 1,019.23 | 0.00 | 0.00 |
| 26 | Department of Employment Security | 6,354.15 | 0.00 | 0.00 |
| 28 | IAN BLACKBURN | 5,014.59 | 0.00 | 0.00 |
| 29 | NICOLE JEANPOIS | 708.00 | 0.00 | 0.00 |
| 32 | Lawrence Womack | 3,985.24 | 0.00 | 0.00 |
| 36 | Smith Dr Lawrence | 1,486.68 | 0.00 | 0.00 |
| 38 | MICKAEL REPASKY | 2,966.95 | 0.00 | 0.00 |
| 42 | Bailey Kim | 2,580.27 | 0.00 | 0.00 |
| 45 -2 | NANCY KEAN | 3,200.00 | 0.00 | 0.00 |
| 46 | JEFFREY PECARO | 4,500.00 | 0.00 | 0.00 |
| 48 | JOHN FALCUS | 8,108.37 | 0.00 | 0.00 |
| 49 | KEITH VARVEL | 7,350.11 | 0.00 | 0.00 |
| 60 | RITA MAGNANI | 1,971.35 | 0.00 | 0.00 |
| 61 | Michael W. Weimann | 1,019.23 | 0.00 | 0.00 |

Total to be paid for priority claims:    $            0.00
Remaining balance:                       $            0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 23,745,089.80 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Federal Express Corporation | 6,070.86 | 0.00 | 0.00 |
| 3 | M3 Financial Services, Inc | 694.18 | 0.00 | 0.00 |
| 4 | Officeteam | 516.80 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 5 | American Express Travel Related Svcs Co. | 6,001.72 | 0.00 | 0.00 |
| 6 | American Express Travel Related Svcs Co. | 4,823.24 | 0.00 | 0.00 |
| 7 | American Express Travel Related Svcs Co. | 624.00 | 0.00 | 0.00 |
| 8 | American Express Travel Related Svcs Co. | 96.66 | 0.00 | 0.00 |
| 9 | American Express Travel Related Svcs Co. | 179,459.32 | 0.00 | 0.00 |
| 10 | American Express Travel Related Svcs Co. | 15,651.72 | 0.00 | 0.00 |
| 11 | American Express Travel Related Svcs Co | 2,474.61 | 0.00 | 0.00 |
| 12 | American Express Travel Related Svcs Co. | 2,647.10 | 0.00 | 0.00 |
| 13 | American Express Travel Related Svcs Co. | 28,250.09 | 0.00 | 0.00 |
| 14 | Cingular Wireless LLC | 30,936.96 | 0.00 | 0.00 |
| 16 | Verizon Wireless Midwest | 20,794.38 | 0.00 | 0.00 |
| 17 | Office Plus of Lake County | 14,402.05 | 0.00 | 0.00 |
| 18 | Tristanne Anzells | 11,958.00 | 0.00 | 0.00 |
| 19 | State Farm Fire & Casualty Company | 660,000.00 | 0.00 | 0.00 |
| 20 | State Farm Mutual Automobile Insurance Company | 2,640,000.00 | 0.00 | 0.00 |
| 22 | United Healthcare Services | 4,521,441.90 | 0.00 | 0.00 |
| 23 | Suzanne Rubin | 0.00 | 0.00 | 0.00 |
| 24 | Health Care Service Corporation | 15,000,000.00 | 0.00 | 0.00 |
| 25 | Walder Hayden & Brogan, PA | 82,317.35 | 0.00 | 0.00 |
| 27 | Robbins, Salomon & Patt, Ltd. | 129,703.26 | 0.00 | 0.00 |
| 30 | Ronald Richter | 1,370.26 | 0.00 | 0.00 |
| 31 | American Background | 1,485.00 | 0.00 | 0.00 |
| 33 | Tilley Chiropractic Clinic | 1,016.30 | 0.00 | 0.00 |
| 34 | Mehrnaz Molaei | 200.00 | 0.00 | 0.00 |
| 35 | Dr. Reza Donesh | 461.02 | 0.00 | 0.00 |
| 37 | Back To Health, LLC | 1,436.47 | 0.00 | 0.00 |
| 39 | Hands On Technology | 2,962.64 | 0.00 | 0.00 |
| 40 | Solounias Izabella | 200.00 | 0.00 | 0.00 |
| 41 | Joseph C. Iuvara, D.C. | 521.26 | 0.00 | 0.00 |
| 43 | Michael Murray | 12,000.00 | 0.00 | 0.00 |
| 44 | AUDRA FLINT | 7,287.85 | 0.00 | 0.00 |
| 47 | Dr. Gary Pritchett | 3,244.00 | 0.00 | 0.00 |
| 50 | American Express Travel Related Svcs Co. | 179,038.52 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 51 | American Express Travel Related Svcs Co | 96.66 | 0.00 | 0.00 |
| 52 | American Express Travel Related Svcs Co | 624.00 | 0.00 | 0.00 |
| 53 | American Express Travel Related Svcs Co | 4,823.24 | 0.00 | 0.00 |
| 54 | American Express Travel Related Svcs Co | 6,001.72 | 0.00 | 0.00 |
| 55 | American Express Travel Related Svcs Co | 28,250.09 | 0.00 | 0.00 |
| 56 | American Express Travel Related Svcs Co | 2,647.10 | 0.00 | 0.00 |
| 57 | American Express Travel Related Svcs Co | 2,474.61 | 0.00 | 0.00 |
| 58 | American Express Travel Related Svcs Co | 15,651.72 | 0.00 | 0.00 |
| 59 | Walder Hayden & Brogan PA | 0.00 | 0.00 | 0.00 |
| 62 | Office Plus of Lake County | 0.00 | 0.00 | 0.00 |
| 63 | Aapex Messenger & Delivery Inc | 2,804.35 | 0.00 | 0.00 |
| 64 | Signature Cleaning, Inc. | 588.45 | 0.00 | 0.00 |
| 65 | J.A.R.S. Commercial Corp. | 11,377.16 | 0.00 | 0.00 |
| 66 | Dr. Joel D. Stein, DO | 20,274.50 | 0.00 | 0.00 |
| 67U | Georgia-Pacific Consumer Products LP | 79,388.68 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:  $ 0.00
Remaining balance:  $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 68 | John Gaynor | 0.00 | 0.00 | 0.00 |
| 69 | SLAVICA DJURDJEVIC | 0.00 | 0.00 | 0.00 |
| 70 | McDermott Will & Emery | 0.00 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims:  $ 0.00
Remaining balance:  $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/NORMAN NEWMAN
Trustee

NORMAN NEWMAN
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL 60606-1615
(312) 521-2000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**